

Gerald E. Fuerst, Clerk of Courts
Court of Common Pleas - Cuyahoga County, Ohio







| Case Number | Case Title | Tiff Viewer |
|---|---|---|
| CR-91-272106-C | STATE OF OHIO vs. JOHN F COBBLE | AlternaTIFF |

From Date | Sort: Ascending / Descending | Type | Type | Type | Type | Search: Start Search

| Proceeding Date | Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|---|
| 08/23/2001 | | D | | SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING, LS ..MJB 08/23/01 10:35 | N/A |
| 10/03/1996 | 10/03/1996 | D1 | AX | LEAVING JAIL | N/A |
| 09/28/1995 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING IN OCTOBER, 1995 ..DXE 09/28/95 14:29 | N/A |
| 04/03/1995 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING IN MARCH, 1995 ..DXE 04/03/95 15:56 | N/A |
| 11/16/1994 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING IN NOVEMBER OF 1994 - DME ..NM1 11/16/94 12:20 | N/A |
| 02/09/1994 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING IN FEBRUARY OF 1994 - MM ..TXI 02/09/94 15:03 | N/A |
| 03/16/1993 | | D | | MOTION TO REDUCE SENTENCE, MOTION DENIED. ..LRT 03/17/93 12:40 | N/A |
| 03/08/1993 | | D | | MOTION TO REDUCE SENTENCE; BONDRA NO FILE ..MLW 03/09/93 11:04 | N/A |
| 04/02/1992 | | D | | IT IS HEREBY ORDERED THAT MARTIN J. KEENAN, ESQ., HERETOFORE ASSIGNED AS COUNSEL FOR THE DEFENDANT IN THIS CAUSE, BE ALLOWED THREE HUNDRED AND THIRTY DOLLARS ($330.00) FOR SERVICES SO RENDERED. IT IS ORDERED THAT THE COURT CERTIFY SAID AMOUNT TO THE COUNTY AUDITOR AND THE COMMISSIONERS FOR ALLOWANCE AND PAYMENT. AV 20371 ..ME 04/02/92 09:44 | N/A |
| 03/18/1992 | | D | | FEE BILL SUBMITTED BY MARTIN J. KEENAN, ESQ. ..ME 03/18/92 10:49 | N/A |
| 03/11/1992 | 03/11/1992 | D1 | AX | P.S.I. CPT | N/A |
| | | | | THE DEFENDANT HEREIN HAVING, ON A FORMER DAY OF COURT ENTERED A PLEA OF GUILTY TO THEFT, R. C. 2913.02 FEL. -4 AS CHARGED IN THE INDICTMENT, WAS THIS DAY IN OPEN COURT WITH HIS/HER COUNSEL PRESENT. THEREUPON, THE COURT INQUIRED OF THE SAID DEFENDANT IF HE/SHE HAD ANYTHING TO SAY WHY JUDGMENT SHOULD NOT BE PRONOUNCED AGAINST | |

| | | | | | |
|---|---|---|---|---|---|
| 02/28/1992 | | D | | HIM/HER; AND HAVING NOTHING BUT WHAT HE/SHE HAD ALREADY SAID AND SHOWING NO GOOD AND SUFFICIENT CAUSE WHY JUDGMENT SHOULD NOT BE PRONOUNCED. IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT SAID DEFENDANT, JOHN F. COBBLE, IS SENTENCED TO LORAIN CORRECTIONAL INSTITUTION FOR A TERM OF SIX (6) MONTHS AND PAY COURT COSTS. SENTENCE TO RUN CONSECUTIVE WITH SENTENCE IN CR # 270807. ..RLC 03/03/92 09:00 | N/A |
| 02/20/1992 | 02/20/1992 | D1 | AX | REFERRED PROBATION | N/A |
| 02/19/1992 | | D | | NOW COMES THE PROSECUTING ATTORNEY ON BEHALF OF THE STATE OF OHIO AND THE DEFENDANT, JOHN F. COBBLE, IN OPEN COURT WITH HIS/HER COUNSEL PRESENT AND WAS FULLY ADVISED OF HIS/HER CONSTITUTIONAL RIGHTS. THEREUPON, SAID DEFENDANT RETRACTS HIS/HER FORMER PLEA OF NOT GUILTY HERETOFORE ENTERED, AND FOR PLEA TO SAID INDICTMENT SAYS HE/SHE IS GUILTY OF THEFT, RC 2913.02, A FOURTH DEGREE FELONY, (FOUND GUILTY) AS CHARGED IN THE INDICTMENT, WHICH PLEA/PLEAS, ON THE RECOMMENDATION OF THE PROSECUTING ATTORNEY IS/ARE ACCEPTED BY THE COURT. IT IS FURTHER ORDERED THAT SAID DEFENDANT BE REFERRED TO THE PROBATION DEPARTMENT FOR PRE-SENTENCE INVESTIGATION AND REPORT. SENTENCING SET FOR FEBRUARY 28, 1992. ..LG 02/20/92 10:05 | N/A |
| 01/13/1992 | | D | | PRETRIAL HELD. TRIAL SET FOR FEBRUARY 3, 1992. ..CB 01/21/92 08:51 | N/A |
| 12/31/1991 | | D | | REQUEST FOR BILL OF PARTICULARS,MOTION FOR DISCOVERY,KELLON WITH FILE MFD AND BOP MAILED AND FILED ..JC3901/03/92 15:51 | N/A |
| 12/27/1991 | | D | | MARTIN KENNAN ASSIGNED NUNC PRO TUNC TO DECEMBER 23, 1991. ..EH 12/30/91 08:39 | N/A |
| 12/23/1991 | | D | | AND NOW THE DEFENDANT, IN OPEN COURT HAVING STATED THAT HE/SHE IS INDIGENT, AND IT APPEARING THAT HE/SHE IS IN INDIGENT CIRCUMSTANCES, AND UNABLE TO EMPLOY COUNSEL, THE COURT APPOINTS KEVIN MCFAUL, ESQ., AS COUNSEL FOR HIS/HER DEFENSE. ..EH 12/24/91 13:07 | N/A |
| 12/23/1991 | | D | | NOW COMES THE PROSECUTING ATTORNEY ON BEHALF OF THE STATE OF OHIO AND THE DEFENDANT IN OPEN COURT WITH HIS/HER COUNSEL PRESENT WAS FULLY ADVISED OF HIS/HER CONSTITUTIONAL RIGHTS. THE DEFENDANT, JOHN F. COBBLE, ACKNOWLEDGES THAT HE/SHE RECEIVED A COPY OF THE INDICTMENT FROM THE SHERIFF OF CUYAHOGA COUNTY. TWENTY-FOUR HOURS HAVING ELAPSED SINCE SERVICE OF THE INDICTMENT, DEFENDANT IN OPEN COURT WAIVED READING OF THE INDICTMENT. THEREUPON, THE SAID DEFENDANT IN OPEN COURT ENTERS A PLEA OF NOT GUILTY. JUDGE TERRENCE O'DONNELL ASSIGNED. BOND SET AT $2,500.00. IT IS FURTHER ORDERED THAT IF SAID DEFENDANT POSTS BAIL IN THIS CAUSE, AN ADDITIONAL AMOUNT SHALL BE ADDED TO THE AMOUNT OF BAIL AS SET FORTH IN O. R. C. 2743.70 AND O. R. C. 2949.091. DEFENDANT INDIGENT, COUNSEL TO BE ASSIGNED. ..EH 12/24/91 10:36 | N/A |
| 12/09/1991 | | D | | CAPIAS TO ISSUE FOR DEFENDANT, JOHN F. COBBLE. ..EH 12/09/91 13:40 | N/A |
| | | | | CAPIAS TO ISSUE FOR DEFENDANT, JOHN F. COBBLE. ..EH | |

| 11/13/1991 | D | 11/13/91 13:58 | N/A |
|---|---|---|---|

CMSW611

Print Page | Close Window | Disclaimers

For questions/comments please contact cpdock@www.cuyahoga.oh.us