

### Gerald E. Fuerst, Clerk of Courts
### Court of Common Pleas - Cuyahoga County, Ohio

**Docket**

Case Summary | Case Charges | Costs | Defendant Info | Attorneys | Other Cases
Other Defendants | Printer Friendly | Print Docket | New Search | Main Menu

| Case Number | Case Title | Tiff Viewer |
|---|---|---|
| CR-96-336196-ZA | STATE OF OHIO vs. JOHN DUNCAN | AlternaTIFF |

From Date | Sort: Ascending / Descending | Type | Type | Type | Type | Search: Start Search

| Proceeding Date | Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|---|
| 08/23/2001 | | D | | SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING, LS ..MJB 08/23/01 10:35 | N/A |
| 07/12/2001 | | D | | SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING, LS ..JLS 07/12/01 10:40 | N/A |
| 05/25/1999 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING ..DXE 05/25/99 16:08 | N/A |
| 09/30/1997 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING ..DXE 09/30/97 14:12 | N/A |
| 09/30/1997 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING ..DXE 09/30/97 11:20 | N/A |
| 09/04/1997 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING ..DXE 09/04/97 09:41 | N/A |
| 01/03/1997 | | D | | MOTION FOR JAIL CREDIT IS GRANTED. SHERIFF TO CALCULATE TIME AND REMIT SAME TO INSTITUTION. ..HEB 01/06/97 15:49 | N/A |
| 12/23/1996 | | D | | MOTION FOR JAIL CREDIT IS GRANTED. SHERIFF TO CALCULATE AND REMIT TIME TO INSTITUTION. ..JEB 12/26/96 10:06 | N/A |
| 11/01/1996 | | D | | IT IS HEREBY ORDERED THAT JEROME E. DOWLING, ESQ., HERETOFORE ASSIGNED AS COUNSEL FOR THE DEFENDANT IN THIS CAUSE, BE ALLOWED FOUR HUNDRED DOLLARS ($400.00) FOR SERVICES SO RENDERED. IT IS ORDERED THAT THE COURT CERTIFY SAID AMOUNT TO THE COUNTY AUDITOR AND THE COMMISSIONERS FOR ALLOWANCE AND PAYMENT. AV 94473 ..CMW 11/01/96 13:00 | N/A |
| 10/23/1996 | | D | | FEE BILL SUBMITTED BY JEROME E. DOWLING, ESQ. ..MKE 10/23/96 12:32 | N/A |
| 10/03/1996 | 10/03/1996 | D1 | AX | LEAVING JAIL | N/A |
| | | | | NOW COMES THE PROSECUTING ATTORNEY ON BEHALF OF THE STATE OF OHIO AND THE DEFENDANT, JOHN DUNCAN, IN OPEN COURT WITH HIS/HER COUNSEL PRESENT AND WAS FULLY ADVISED OF HIS/HER CONSTITUTIONAL RIGHTS. ATTORNEY JERRY DOWLING AND PROSECUTOR JOSE TORRES PRESENT. ON RECOMMENDATION OF THE PROSECUTOR COUNT ONE AMENDED BY DELETING VIOLENCE SPECIFICATIONS. THEREUPON, SAID DEFENDANT | |

| Date | | Description | |
|---|---|---|---|
| 09/26/1996 | D | RETRACTS HIS/HER FORMER PLEA OF NOT GUILTY HERETOFORE ENTERED, AND FOR PLEA TO SAID INDICTMENT SAYS HE/SHE IS GUILTY OF MISUSE OF CREDIT CARDS ORC 2913.21 AS AMENDED IN COUNT ONE FEL-3, WHICH PLEA/PLEAS, ON THE RECOMMENDATION OF THE PROSECUTING ATTORNEY IS/ARE ACCEPTED BY THE COURT. ON RECOMMENDATION OF THE PROSECUTOR COUNT TWO NOLLED. THEREUPON, THE COURT INQUIRED OF THE DEFENDANT IF HE/SHE HAD ANYTHING TO SAY WHY JUDGMENT SHOULD NOT BE PRONOUNCED AGAINST HIM/HER; AND HAVING NOTHING BUT WHAT HE/SHE HAD ALREADY SAID AND SHOWING NO GOOD AND SUFFICIENT CAUSE WHY JUDGMENT SHOULD NOT BE PRONOUNCED. IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT SAID DEFENDANT, JOHN DUNCAN, IS SENTENCED TO LORAIN CORRECTIONAL INSTITUTION FOR A TERM OF 1 YEAR TO RUN CONCURRENT WITH CR 340703. PAY COSTS. ..MAB 09/30/96 09:24 | N/A |
| 09/25/1996 | D | TRIAL IS RESET FOR SEPTEMBER 26, 1996 UPON ORDER OF COURT. COURT ENGAGED IN TRIAL IN CASE CR 341342. ..JEB 09/26/96 11:06 | N/A |
| 09/11/1996 | D | MOTION FOR DISCOVERY, MOTION FOR BILL OF PARTICULARS, TORRES NO FILE - BCM ..BXC 09/12/96 11:37 | N/A |
| 09/11/1996 | D | MOTION FOR DISCOVERY, J.F. CORRIGAN HAS FILE/MP ..DXP 09/11/96 10:42 | N/A |
| 09/11/1996 | D | PRETRIAL HELD AND CONTINUED TO SEPTEMBER 18, 1996 AT 1:30 P.M. TRIAL SET FOR SEPTEMBER 25, 1996 AT 9:00 A.M. ..JEB 09/12/96 09:21 | N/A |
| 09/06/1996 | D | TRIAL HAS BEEN CONTINUED DUE TO THE ASSIGNMENT OF NEW COUNSEL. NEW PRE-TRIAL DATE SET FOR SEPTEMBER 11, 1996 AT 1:30 P.M. ..RLC 09/10/96 14:42 | N/A |
| 09/04/1996 | D | ATTORNEY PATRICIA PLOTKIN REMOVED AS ATTORNEY OF RECORD DUE TO HER UNAVAILABILITY FOR TRIAL. ATTORNEY JERRY DOWLING ASSIGNED. ..JEB 09/05/96 16:02 | N/A |
| 08/29/1996 | D | ATTORNEY PATRICIA PLOTKIN DID NOT APPEAR FOR PRETRIAL. TRIAL SET FOR SEPTEMBER 10, 1996 AT 9:00 A.M. ..JEB 09/03/96 08:57 | N/A |
| 08/16/1996 | D | CAPTIONED CASE BEING ORIGINALLY ASSIGNED TO JUDGE GAIL ROSE KANE AND FOR GOOD CAUSE SHOWN; THIS MATTER IS HEREBY REASSIGNED AND TRANSFERRED TO JUDGE PATRICIA A. CLEARY FOR FURTHER PROCEEDINGS ACCORDING TO LAW. HEARD BY JUDGE SWEENEY. ..JEB 08/20/96 11:45 | N/A |
| 08/13/1996 | D | HEARING HELD, ORAL MOTION FROM DEFENDANT TO REMOVE PUBLIC DEFENDER DAVID KING AS APPOINTED COUNSEL IS HEREBY GRANTED. COURT APPOINTS ATTORNEY PATRICIA PLOTKIN AS COUNSEL TO DEFENDANT JOHN DUNCAN. SECOND ORAL MOTION FROM DEFENDANT TO HAVE JUDGE RECUSE HERSELF FROM THIS CASE AS DEFENDANT WAS A PREVIOUS CLIENT OF JUDGE KANE. CASE SENT TO ADMINISTRATIVE JUDGE FOR RE-ASSIGNMENT. ..MAB 08/19/96 13:02 | N/A |
| 07/31/1996 | D | PRETRIAL HELD AND PRETRIAL SET FOR AUGUST 13, 1996 AT 9:00 A.M. ..JEB 08/02/96 15:07 | N/A |
| 07/15/1996 | D | DEFENDANT IN COURT WITH PUBLIC DEFENDER. PRETRIAL HELD. ANOTHER PRETRIAL SET FOR AUGUST 13, 1996 AT | N/A |

| | | | |
|---|---|---|---|
| | | 9:00 A.M. AT REQUEST OF DEFENDANT. DEFENDANT PICKED UP ANOTHER CASE CR 340703. ..LMG 07/24/96 09:20 | |
| 06/13/1996 | D | DEFENDANT IN COURT WITH COUNSEL DAVE KING. PRE-TRIAL HELD. PRE-TRIAL SET FOR JULY 15, 1996 AT 9:00 A.M. TO COMPLETE FULL DISCOVERY. ..EDB 06/13/96 11:54 | N/A |
| 05/15/1996 | D | PRETRIAL SET FOR JUNE 13, 1996 AT 9:00 A.M. ..JEB 05/21/96 14:41 | N/A |
| 05/13/1996 | D | DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS. CAPIAS RECALLED ON 05/13/96 READING OF INDICTMENT WAIVED. TWENTY-FOUR HOUR SERVICE ELAPSED. DEFENDANT DECLARED INDIGENT. COURT ASSIGNED PUBLIC DEFENDERS AS COUNSEL. DEFN PLEAD NOT GUILTY TO INDICTMENT. JUDGE GAIL ROSE KANE ASSIGNED TO CASE. BOND SET AT 2,500 DOLLARS. BOND TYPE: CASH/SURETY/PROP. ADDITIONAL AMOUNT OF BAIL AS SET FORTH IN ORC. 2743.70 AND ORC. 2949.091 ..DXR 05/13/96 09:50 | N/A |
| 04/26/1996 | D | CAPIAS ISSUED ON 04/26/96 ..DXR 04/26/96 14:35 | N/A |
| 04/26/1996 | D | CAPIAS ISSUED ON 04/26/96 DEFN ORD RETURN FROM LORCI CCSO 0159068 RACE W SEX M DOB 082972 SS 293601465 WARRANT FOR REMOVAL, SHERIFF TO TRANSPORT OTHER COMMENTS: CORRECTED ENTRY NOTE 4/26/96--ADDED RETURN FROM. ..DXR 04/29/96 08:57 | N/A |
| 04/10/1996 | D | CAPIAS ISSUED ON 04/10/96 ..DXR 04/10/96 11:40 | N/A |

CMSW611

Print Page | Close Window | Disclaimers

For questions/comments please contact cpdock@www.cuyahoga.oh.us