```
THE STATE OF OHIO,      )
                        ) SS:  PATRICIA A. CLEARY, J.
COUNTY OF CUYAHOGA.)
```

IN THE COURT OF COMMON PLEAS

CRIMINAL DIVISION

```
THE STATE OF OHIO,              )
                                )
            Plaintiff,          )
                                )
      -v-                       )    CR-336196/340703
                                )    C/A:  N/A
                                )
JOHN DUNCAN,                    )
                                )
            Defendant.          )
```

- - - -

DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

- - - -

APPEARANCES:

    **WILLIAM D. MASON, ESQ.**, Prosecuting Attorney, by: **JOSE TORRES, ESQ.**, Assistant County Prosecutor,

    on behalf of the Plaintiff;

    **JEROME DOWLING, ESQ.**,

    on behalf of the Defendant.

Benjamin Watkins
Official Court Reporter
Cuyahoga County, Ohio

```
THE STATE OF OHIO,     )
                       )   SS:   PATRICIA A. CLEARY, J.
COUNTY OF CUYAHOGA.    )
```

IN THE COURT OF COMMON PLEAS

CRIMINAL DIVISION

```
THE STATE OF OHIO,              )
                                )
           Plaintiff,           )
                                )
     -v-                        )   CR-336196/340703
                                )   C/A:  N/A
                                )
JOHN DUNCAN,                    )
                                )
           Defendant.           )
```

- - - -

DEFENDANT'S TRANSCRIPT OF PROCEEDINGS

- - - -

BE IT REMEMBERED, that at the September A.D., 1996 term of said Court, to-wit, commencing on **Thursday, September 26th, 1996**, this cause came on to be heard before the Honorable Patricia A. Cleary, in Courtroom No. 22B, Courts Tower, Justice Center, Cleveland, Ohio, upon the indictment filed heretofore.

- - - -

OFFICIAL COURT REPORTERS

1       **THURSDAY MORNING SESSION, SEPTEMBER 26, 1996**
2                    THE COURT:              We are here in
3       CR 3336196 and 340703, both cases captioned
4       the State of Ohio versus John Duncan, also
5       known as John Cobble.  Both of these cases
6       have been joined for trial; is that correct.
7               MR. TORRES:                  Proceeding
8       on both.
9                    THE COURT:              The jury will be
10      up shortly.  We are going to have to -- since
11      I have a jury deliberating we are going to use
12      the other judge's courtroom while they are
13      getting lined up.
14              Before they come out I wanted to
15      indicate on the record some voir dire rules.
16      The first is that when appropriate ask
17      questions to the panel generally instead of
18      the same question being repeated to each of
19      the jurors.  I also don't want counsel to
20      repeat any questions that I ask the jury on
21      the voir dire.  If you have trouble hearing a
22      response, just please let me know.
23              Lastly, I give instructions of law at
24      the end of the case so I would rather counsel
25      not go over the instructions of law.  They are