

# Gerald E. Fuerst, Clerk of Courts
## Court of Common Pleas - Cuyahoga County, Ohio

### Docket

| Case Summary | Case Charges | Costs | Defendant Info | Attorneys | Other Cases |
| Other Defendants | Printer Friendly | Print Docket | New Search | Main Menu |

| Case Number | Case Title | Tiff Viewer |
|---|---|---|
| CR-91-270807-ZA | STATE OF OHIO vs. JOHN COBBLE | AlternaTIFF |

From Date | Sort: Ascending / Descending | Type | Type | Type | Type | Search: Start Search

| Proceeding Date | Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|---|
| 08/23/2001 | | D | | SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING, LS ..MJB 08/23/01 10:35 | N/A |
| 07/12/2001 | | D | | SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING, LS ..JLS 07/12/01 10:40 | N/A |
| 02/23/2001 | 03/05/2001 | D | | DEFENDANT'S MOTION TO TERMINATE SENTENCE IS DENIED. CLERK ORDERED TO SEND COPY OF THIS ORDER TO THE DEFENDANT AND ATTORNEY JOVANI MANGOTTI, 489 LA LUZ BLVD. #302, LEBANON OHIO 45036. HEARD BY JUDGE N.RUSSO ..DMB 03/01/01 13:33 | N/A |
| 02/14/2001 | | D | | MOTION TO TERMINATE FURTHER EXECUTION OF SENTENCE, FILED. PRO SE 489 LA LUZ BLVD, #302 LEBANON, OHIO 45036 AKA JOVANNI F. MANGOTTI ..BJW 02/16/01 11:16 | N/A |
| 05/25/1999 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING ..DXE 05/25/99 16:08 | N/A |
| 09/30/1997 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING ..DXE 09/30/97 14:12 | N/A |
| 09/30/1997 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING ..DXE 09/30/97 11:20 | N/A |
| 09/04/1997 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING ..DXE 09/04/97 09:41 | N/A |
| 01/02/1997 | | D | | MOTION FOR SHOCK PROBATION FILED KELLON WITH FILE - EF MOTION IN OPPOSITION TO SHOCK PROBATION MAILED AND FILED ..EXF 01/16/97 10:12 | N/A |
| 12/26/1996 | | D | | REQUEST FOR AMENDED JOURNAL ENTRY IS DENIED. THE COURT DOES NOT HAVE DOCUMENTATION PROVING THAT THE DEFENDANT'S TRUE NAME IS JOVANNI MANGOTTI. HEARD BY JUDGE STUART A. SAFERIN. ..HEB 12/30/96 09:26 | N/A |
| 12/13/1996 | | D | | MOTION TO SUSPEND FURTHER EXECUTION OF SENTENCE, DENIED. ..DXR 12/18/96 16:20 | N/A |
| 10/03/1996 | 10/03/1996 | D1 | AX | LEAVING JAIL | N/A |
| 09/28/1995 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING IN OCTOBER, 1995 ..DXE 09/28/95 14:29 | N/A |

| Date | | | | Description | |
|---|---|---|---|---|---|
| 04/03/1995 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING IN MARCH, 1995 ..DXE 04/03/95 15:56 | N/A |
| 11/16/1994 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING IN NOVEMBER OF 1994 - DME ..NM1 11/16/94 12:20 | N/A |
| 02/09/1994 | | D | | LETTER SENT TO ADULT PAROLE AUTHORITY IN RESPONSE TO NOTICE OF HEARING IN FEBRUARY OF 1994 - MM ..TXI 02/09/94 15:03 | N/A |
| 03/16/1993 | | D | | MOTION TO REDUCE SENTENCE, MOTION DENIED. ..LRT 03/17/93 12:40 | N/A |
| 03/08/1993 | | D | | MOTION TO REDUCE SENTENCE; BONDRA NO FILE ..MLW 03/09/93 11:04 | N/A |
| 02/04/1993 | | D | | COURT CONSIDERS DEFENDANT'S MOTION FOR RECONSIDERATION. REQUEST FOR SUPER SHOCK, IS DENIED. ..LRT 02/05/93 09:37 | N/A |
| 01/28/1993 | | D | | MOTION FOR SHOCK PROB. FILED 2-5-93 MOT. IN OPP. TO SHOCK PROB. MAILED AND FILED ..KXG 02/05/93 11:28 | N/A |
| 12/09/1992 | | D | | MOTION TO SUSPEND FURTHER EXECUTION OF SENTENCE, DENIED. ..LG 12/11/92 11:16 | N/A |
| 03/25/1992 | | D | | IT IS HEREBY ORDERED THAT GAIL ROSE KANE, ESQ., HERETOFORE ASSIGNED AS COUNSEL FOR THE DEFENDANT IN THIS CAUSE, BE ALLOWED FIVE HUNDRED AND SEVENTY SEVEN DOLLARS ($577.00) FOR SERVICES SO RENDERED. IT IS ORDERED THAT THE COURT CERTIFY SAID AMOUNT TO THE COUNTY AUDITOR AND THE COMMISSIONERS FOR ALLOWANCE AND PAYMENT. AV 20149 ..ME 03/25/92 11:24 | N/A |
| 03/13/1992 | | D | | FEE BILL SUBMITTED BY GAIL ROSE KANE, ESQ. ..ME 03/13/92 15:11 | N/A |
| 03/11/1992 | 03/11/1992 | D1 | AX | P.S.I. CPT | N/A |
| 02/28/1992 | | D | | THE DEFENDANT HEREIN HAVING, ON A FORMER DAY OF COURT ENTERED A PLEA OF GUILTY TO ATTEMPTED FELONIOUS ASSAULT, R. C. 2923.02/2903.11, AN AGGRAVATED THIRD DEGREE FELONY AS AMENDED IN THE INDICTMENT, WAS THIS DAY IN OPEN COURT WITH HIS/HER COUNSEL PRESENT. THEREUPON, THE COURT INQUIRED OF THE SAID DEFENDANT IF HE/SHE HAD ANYTHING TO SAY WHY JUDGMENT SHOULD NOT BE PRONOUNCED AGAINST HIM/HER; AND HAVING NOTHING BUT WHAT HE/SHE HAD ALREADY SAID AND SHOWING NO GOOD AND SUFFICIENT CAUSE WHY JUDGMENT SHOULD NOT BE PRONOUNCED. IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT SAID DEFENDANT, JOHN COBBLE, IS SENTENCED TO LORAIN CORRECTIONAL INSTITUTION FOR A TERM OF THREE (3) YEARS TO TEN (10) YEARS AND PAY COURT COSTS. SENTENCE TO RUN CONSECUTIVE TO SENTENCE IN CR # 272106. ..RLC 03/03/92 08:51 | N/A |
| 02/20/1992 | 02/20/1992 | D1 | AX | REFERRED PROBATION | N/A |
| | | | | NOW COMES THE PROSECUTING ATTORNEY ON BEHALF OF THE STATE OF OHIO AND THE DEFENDANT, JOHN COBBLE, IN OPEN COURT WITH HIS/HER COUNSEL PRESENT AND WAS FULLY ADVISED OF HIS/HER CONSTITUTIONAL RIGHTS. ON RECOMMENDATION OF THE PROSECUTOR, INDICTMENT AMENDED TO INCLUDE THE ATTEMPT STATUTE. THEREUPON, SAID DEFENDANT RETRACTS HIS/HER FORMER PLEA OF NOT GUILTY HERETOFORE ENTERED, AND FOR PLEA TO SAID INDICTMENT SAYS | |

| Date | | Description | |
|---|---|---|---|
| 02/19/1992 | D | HE/SHE IS GUILTY OF ATTEMPTED FELONIOUS ASSAULT, RC 2923.02/2903.11, AN AGGRAVATED THIRD DEGREE FELONY, (FOUND GUILTY) AS AMENDED IN THE INDICTMENT, WHICH PLEA/PLEAS, ON THE RECOMMENDATION OF THE PROSECUTING ATTORNEY IS/ARE ACCEPTED BY THE COURT. IT IS FURTHER ORDERED THAT SAID DEFENDANT BE REFERRED TO THE PROBATION DEPARTMENT FOR PRE-SENTENCE INVESTIGATION AND REPORT. SENTENCING SET FEBRUARY 28, 1992. ..LG 02/20/92 10:00 | N/A |
| 01/13/1992 | D | PRETRIAL HELD. TRIAL SET FOR FEBRUARY 3, 1992. ..JCFO01/14/92 13:46 | N/A |
| 01/03/1992 | D | MOTION FOR DISCOVERY; MOTION FOR BILL OF PARTICULARS; KELLON WITH FILE MFD AND BOP MAILED AND FILED ..JC3901/07/92 09:56 | N/A |
| 12/23/1991 | D | AND NOW THE DEFENDANT, IN OPEN COURT HAVING STATED THAT HE/SHE IS INDIGENT, AND IT APPEARING THAT HE/SHE IS IN INDIGENT CIRCUMSTANCES, AND UNABLE TO EMPLOY COUNSEL, THE COURT APPOINTS GAIL KANE, ESQ., AS COUNSEL FOR HIS/HER DEFENSE. ..EH 12/24/91 13:06 | N/A |
| 12/23/1991 | D | NOW COMES THE PROSECUTING ATTORNEY ON BEHALF OF THE STATE OF OHIO AND THE DEFENDANT IN OPEN COURT WAS FULLY ADVISED OF HIS/HER CONSTITUTIONAL RIGHTS, INCLUDING HIS/HER RIGHT TO COUNSEL. THE DEFENDANT, JOHN COBBLE, ACKNOWLEDGES THAT HE/SHE RECEIVED A COPY OF THE INDICTMENT FROM THE SHERIFF OF CUYAHOGA COUNTY. TWENTY-FOUR HOURS HAVING ELAPSED SINCE SERVICE OF THE INDICTMENT, DEFENDANT IN OPEN COURT WAIVED READING OF THE INDICTMENT. THEREUPON, THE SAID DEFENDANT IN OPEN COURT ENTERS A PLEA OF NOT GUILTY. JUDGE TERRENCE O'DONNELL ASSIGNED. BOND SET AT $2,500.00. IT IS FURTHER ORDERED THAT IF SAID DEFENDANT POSTS BAIL IN THIS CAUSE, AN ADDITIONAL AMOUNT SHALL BE ADDED TO THE AMOUNT OF BAIL AS SET FORTH IN O. R. C. 2743.70 AND O. R. C. 2949.091. DEFENDANT INDIGENT, COUNSEL TO BE ASSIGNED. BOND FORFEITURE RECALLED. ..EH 12/23/91 11:19 | N/A |
| 12/09/1991 | D | ON THE 9TH DAY OF DECEMBER 1991, THE DEFENDANT, JOHN COBBLE, FAILING TO APPEAR IN COURT AS HE/SHE WAS BOUND TO DO BY THE CONDITIONS OF HIS/HER RECOGNIZANCE, THE COURT ORDERS THAT THE SAID RECOGNIZANCE, TAKEN HERETOFORE IN THIS CAUSE BE, AND THE SAME IS, FORFEITED ABSOLUTELY. IT IS FURTHER ORDERED THAT THE CLERK SHALL FORTHWITH GIVE AS PROVIDED BY LAW, THE SURETY OF RECORD, NOTICE TO APPEAR IN THIS COURT ON OR BEFORE THE 9TH DAY OF JANUARY 1992, AND PRODUCE THE BODY OF SAID DEFENDANT, OR SHOW WHY JUDGMENT SHALL NOT BE ENTERED AGAINST HIM/HER FOR THE AMOUNT OF THE RECOGNIZANCE GIVEN IN THIS CAUSE. IT IS FURTHER ORDERED THAT A CAPIAS BE ISSUED FOR THE SAID DEFENDANT. ..EH 12/09/91 13:16 | N/A |

CMSW611