**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Case No. Cr.-1-02-100-1** |
| | **:** | |
| | **:** | **Response to Defendant's** |
| **vs.** | **:** | **Sentencing Memorandum** |
| | **:** | |
| | **:** | |
| **JOHN DUNCAN** | **:** | **HONORABLE WALTER H. RICE** |
| **(a/k/a Jovanni Mangotti)** | | |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Defendant John Duncan (a/k/a Jovanni Mangotti) filed a sentencing memorandum containing many factual allegations. The United States concurs with Probation's response to defendant's allegations. The United States would be happy to elaborate further on Probation's responses at the sentencing hearing.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Amul R. Thapar
AMUL R. THAPAR (DC459489)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Defendant's Sentencing Memorandum was served electronically on this 15th Day of June on:

Kevin J. Spiering, Esq.
1700 Fourth & Vine tower
One West Fourth Street
Cincinnati, Ohio 45202

Richard Smith-Monahan
Assistant Federal Public Defender
2000 CBLD Building
36 East Seventh Street
Cincinnati, Ohio 45202

s/Amul R. Thapar
AMUL R. THAPAR (DC459489)
Assistant United States Attorney