SENTENCING: DATE/TIME: 6/16/05

Pltfs. Attorney: Amul Thapar   Defts. Attorney: Kevin Spiering

CASE CAPTION: USA vs. John Duncan   CASE NUMBER: 1:02-CR-100(1)
AKA Giovanni Mangotti - legal name

Defendant appeared with Counsel.

Disposition DELAYED _____ days; _____ months.

Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for:

_____ years/months on Count 15: _____
                                consecutive/concurrent

*Which Counts?* — Fined $_____ on Count 15. $_____ Special Assessment/Victims Crime Fund

Restitution in the amount of $ 48,922.94 - TOTAL.

_____ years/months on Count 225; _____
                                  consecutive/concurrent

Fined $_____ on Count 225. $_____ Special Assessment/Victims Crime Fund

Restitution in the amount of $_____.

**RECOMMENDATIONS TO BOP:**

That the defendant be given credit for all allowable presentence jail-time served.

That the defendant be incarcerated as close to his home in the Morrow / Dayton, Ohio, area as possible consistent with his security status. + req. no contact w/other inmates who previously beat the deft. (incident @ Grant Cty. jail) 6/16/05 - USM to supply the report) 6/16/05

That the defendant be made eligible for and enrolled in the 500 hour drug treatment program.

Fine, Special Assessment and/or restitution to be paid immediately.

Court orders Sentencing Hrg. w/ staff member @ Butner N.C. - court outlines questions for the staff member on the record. (re: Obj #4) testimony may be by telephone or video conference call w/ staff member

_____ Years Supervised Release

Execution of sentence suspended. (in terms of months/years)

Defendant placed on probation for a period not to exceed _____ years

Conditions of Probation/Delayed Disposition.

Follow the rules and regulations of the Probation Department

Restitution and Special Assessment to be paid _____

_____ hours of community service with an agency and on a schedule agreed upon by the Deft & the Probation Department over the first two yrs of SR/Probation

Defendant must report to supervising agency within 72 hours of release from institution.

Defendant must not commit any crimes, either federal, state or local.

Defendant must not own, possess, use, or traffic in any firearm or dangerous weapon.

Defendant must not possess, use, or traffic in any controlled substance.

Defendant must make himself available for substance abuse testing and or treatment by supervising agency.

OTHER: Seek + maintain employment throughout SR. Cooperate in the collection of DNA, as directed.

_____ Voluntary surrender
_____ Taken into custody
_____ Defendant's rights of appeal explained and understood

PSI reports reviewed by cnsls depts.
objs lodged 3-4 categories: Obj. #4 still maintained; argument held on obj.
Court - Obj #1 (sustain)
Counsel statement on behalf of deft; deft's apology + statements
Gov't 5K mtn. sustained

Objs: 1,3+4 no impact of Guideline Range

Obj: 3 - does effect the Guideline range ruling stated into record.

COURT REPORTER: FUTRELL   CONVENED: 1:34
DEPUTY CLERK: KARLA EVANS-CLARK   RECESSED: 1:48

Deft req. Psych. Eval (independent) - Court conditional yes but will wait until after sentencing hrg.

SENTENCING: DATE/TIME: 6/16/05 pg. 2

Pltfs. Attorney: _____  Defts. Attorney: _____

CASE CAPTION: Giovanni Mangotti   CASE NUMBER: 1:02-CR-100(1)

Defendant appeared with Counsel.

Disposition DELAYED _____ days; _____ months.

Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for:

_____ years/months on Count 40s: _____
                                          consecutive/concurrent

Fined $_____ on Count 40S . $_____ Special Assessment/Victims Crime Fund

Restitution in the amount of $_____.

_____ years/months on Count _____; _____
                                          consecutive/concurrent

Fined $_____ on Count _____. $_____ Special Assessment/Victims Crime Fund

Restitution in the amount of $_____.

**RECOMMENDATIONS TO BOP:**

That the defendant be given credit for all allowable presentence jail-time served.

That the defendant be incarcerated as close to his home in the Dayton, Ohio, area as possible consistent with his security status.

That the defendant be made eligible for and enrolled in the 500 hour drug treatment program.

Fine, Special Assessment and/or restitution to be paid immediately.

_____ Years Supervised Release

Execution of sentence suspended. (in terms of months/years)

Defendant placed on probation for a period not to exceed _____ years

Conditions of Probation/Delayed Disposition.

Follow the rules and regulations of the Probation Department

Restitution and Special Assessment to be paid _____

_____ hours of community service with an agency and on a schedule agreed upon by the Deft & the Probation Department over the first two yrs of SR/Probation

  Defendant must report to supervising agency within 72 hours of release from institution.
  Defendant must not commit any crimes, either federal, state or local.
  Defendant must not own, possess, use, or traffic in any firearm or dangerous weapon.
  Defendant must not possess, use, or traffic in any controlled substance.
  Defendant must make himself available for substance abuse testing and or treatment by supervising agency.

**OTHER:**

_____   Voluntary surrender
_____   Taken into custody
_____   Defendant's rights of appeal explained and understood

COURT REPORTER: FUTRELL / MCCORMICK   CONVENED: _____

DEPUTY CLERK: KARLA EVANS-CLARK   RECESSED: _____