United States District Court
Southern District of Ohio
Western Division

United States of America      :   Case No. 1:02-CR-100
    Plaintiff                 :
                              :   Judge Walter Rice [CJ]
    -vs-                      :
                              :
Jovanni F. Mangotti           :   Defendant's Motion for
(AKA) John F. Duncan          :
Defendant Pro-se              :   Report date for subpoena
                              :   Duces Tecum

Now comes the defendant, by and through pro-se who respectfully moves the Court for a Report date so that Defendant may issue subpoenas duces tecum.

Specifically Mr. Mangotti will be requesting the production of telephonically recorded conversations between himself and his codefendant Michelle Mangotti as well as others regarding issues pertinent to sentencing, as well as the character of the Defendant.

Also, Mr. Mangotti will be Requesting the production of correspondence between himself and Ms. Laura Jensen from the U.S. Probation department (Cincinnati OH) Regarding Codefendant Michelle Mangotti as well as any and all correspondence between Mr. Mangotti and Mr. Todd Morris U.S. Pretrial services Cincinnati Ohio, Regarding same.

Respectfully submitted

Jovanni F. Mangotti
AKA John F. Duncan
2041 N. Co. Rd. 25-A
Troy, Ohio 45373

I hereby certify that a true and correct copy was sent via U.S. Postal Service to the United States attorney Office attn: Amul Thapar, and to codefendant's Counsel Mr. Richard Monahan U.S. Public Defender's Office on this __ day of September 2005

Jovanni F. Mangotti
(John F Duncan)