United States District Court
Southern District of Ohio
Western Division.

2005 SEP 19 PM 2:13

United States of America
Plaintiff

-vs-

Jovanni F. Mangotti,
defendant (Pro-se)
(AKA John. Duncan.)

:   Case No   CR-1-02-100(J)

:   Judge   Walter. Rice [C-I]

:

:

:   Defendants Motion for Conference

:   with the Courts, and Report Date.

:   { ORAL Hearing Requested }

:

Now comes defendant By and through pro-se who Respectfully Moves
this Honorable Court To allow the Defendant To confer with
the Courts on several issues that the Defendant asserts is
detrimental in the sentencing phase of both the Defendant and
his Co-defendant, Defendant also asserts that he has made several
attempts to contact his attorney prior to the filing of this Request
but has not been able to Reach him.

With the brief and Memorandum in support enclosed
herein this Motion should further suyoth naught.

Respectfully Submitted

John Mangotti

Jovanni R. Mangotti.
(AKA John F. Duncan)
MCEF - USMS
2042 No. Co. Rd. 25-A.
Troy Ohio 45373

_Brief and Memorandum In Support_

Defendant Moves and asserts that there is a necessity To be allowed To address the Courts directly on several issues that have arisen Since Last Court appearance on June 16th, 2005,

Defendant, Mr. Mangotti, (herein after Refered to as defendant) was informed immediately after Last Court date appearance By Michelle Mangotti's (Her in after refered to a co-defendant) Ex-husband one Tony L. Blankenship, of Codefendants abandonment, neglect and absence of Both her Children and her home; Mr. Blankenship conceded that Co-defendant had, upon her own accord Decide To leave the home and Children To Live with her Brother Daniel Paternande, as well as several other known criminals in and around a known Drug house. Mr. Blankenship as well as several other members of the defendants Family have consistantly Reported perpetual drug use by codefendant, neglect of person and children, several have contacted the US. probation Dept. Regarding such Matters only to be ignored.

It has come to the attention of Defendant that Codefendant has been a part of several Criminal Conspiracy ventures involving friends and Family Members, as well as conduct bordering utter Lack of discern for her family and children.

Whereas Co-defendant had help harbor fugetives, aided and abetted in drug distribution, aided and abetted in the possible Credit Card fraud, U.S. Postal Fraud, as well as Wire fraud, continually over the Last 2 years, when confronted by the defendant on these issues the Co-defendant would Then call both her attorney and pretrial officer Mr. Todd Morris, and claim that the defendant was Trying to "Make up accusations" To get the codefendant into Trouble, usually by claiming that the defendant was upset by the codefendants boyfriend, Mr. Brett Kandle, who is also an undicted co-conspirator and well as an alleged victim; though this is false, the defendant asserts that the Co-defendant has Knowingly and wantonly Manipulated the Defendant, her attorney, and the US Government, the courts as well as her pre-trial officers, and has gone out

Of her way to make it appear that the defendant has lead, manipulated or co-erced the co-defendant, therefore this request for conference with the courts to address several issues including the subpoena of records, documents and witnesses to the affect of the defendants character assassination by the co-defendant and her attorney Mr. Richard Manahan

Co-defendant was confronted with the fact that the defendant had written letters to the U.S. Probation Dept. regarding her current behavior and neglect and the co-defendant had advised the defendant that she had directed her attorney to lodge a complaint against the defendant asserting false accusations which has lead the defendant to make the request for conference to assert his claim to the following facts

① Codefendant has abandoned and neglected the children that she has asserted to her need for downward departure, she has not lived in the home with them since before the June 16th 2005 court date.

② Co defendant has been using all types of drugs to include, Meth, crack, cocaine, Mari Juane, among others, and has admitted such, telephonically to the defendant, as well as how she can pass the "TESTS".

③ Co defendant resided in a home with her brother Daniel Patenaude, for which a Homocide had transpired and for which her indirect knowledge had prevented the capture capture of the Murderer.

④ Co-defend had fled the residence of the Homocide and relocated with Ms. Miranda Stamper, [co-defendant], co defendant was asked several times by her profusal officer as well as her attorney if she had in fact been residing in said residence; she denied this (proof, of telephonically recorded conversations available)

⑤ Codefendant has participated with brothers David Patenaude and Daniel Patenaude as well as Miranda Stamper in numerous criminal activities to include but not limited to credit card fraud, wire fraud, Drug Trafficing, Postal Fraud, as well as others all of which has at relevant times been telephonically recorded.

6) Defendant as well as other family members of co defendant has made contact with U.S. probation dept., as well a U.S. Attorneys office and presumably all claims have gone ignored.

Defendant feels that through the course of all these proceedings he has been made out to be a villian, or a leader, or manipulator of sorts, the co-defendants, unindicted or otherwise are continuing to carry out the same or similar schemes or acts without the aide or benefit by the defendant.

The Defendant Moves that this Request is in no way a vindictive one which will undoubtably be asserted by the co-defendant's Counsel, therefore the defendant Requests a conference with the Courts to assert, Justify, and prove these claims.

Respectfully Submitted.

_____
GIOVANNI F. MANGOTTI
(AKA John F. Duncan)
8042 N. County Rd. 25-A.
Troy Ohio 45373

I hereby certify a true foregoing copy of this Motion was sent via U.S. Mail to the asst. U.S. attorney Mr. Amul Thaper, and to co-defendants counsel Mr. Richard Monahan U.S. Public defenders office on this ___ day of September 2005

_____
GIOVANNI F. MANGOTTI
(AKA, John F. Duncan)