UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-02-100-1 |
| Plaintiff, | : | Judge Rice |
| vs. | : | **DEFENDANT JOVANNI MANGOTTI'S SECOND** |
| JOVANNI MANGOTTI, | : | **SUPPLEMENTAL SENTENCE MEMORANDUM** |
| Defendant. | : | |

Comes now the defendant, Mr. Jovanni Mangotti, by and through counsel, and hereby presents the Court this Second Supplemental Sentence Memorandum.   Attached is a copy of excerpts of the treatise authored by C.E. Munson, PhD, *The Mental Health Diagnostic Desk Reference* ( Haworth Press 2001).  The excerpts describe antisocial personality disorder, which will be the subject of the live video testimony hearing of Dr. Kevin McBride on February 3, 2006 at 3:30 p.m.

Counsel submits that on the date of this filing, he provided via facsimile a copy of this memorandum and its attachment for Dr. McBride's review.

Also, any and all medical documents in the possession of Dr. McBride provided to defense counsel prior to the sentence hearing will be made available to all parties at the hearing.

Respectfully submitted,

/s/ *Kevin J. Spiering*
Kevin J. Spiering
119 East Court Street
Cincinnati, Ohio 45202
(513)381-1500

Trial Counsel for Defendant Jovanni Mangotti

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically to the office of the United States Attorney and counsel for co-defendant (and Dr. McBride via facsimile) on this 30th day of January, 2006.

/s/ *Kevin J. Spiering*