# The Mental Health Diagnostic Desk Reference

## Visual Guides and More for Learning to Use the Diagnostic and Statistical Manual (DSM-IV-TR)

### Second Edition

### Carlton E. Munson, PhD

