

© 2001 by The Haworth Press, Inc. All rights reserved. No part of this work may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, microfilm, and recording, or by any information storage and retrieval system, without permission in writing from the publisher. Printed in the United States of America.

The Haworth Press, Inc., 10 Alice Street, Binghamton, NY 13904-1580

Cover design by Monica L. Seifert.

Library of Congress Cataloging-in-Publication Data

Munson, Carlton E.
  The mental health diagnostic desk reference : visual guides and more for learning to use the Diagnostic and statistical manual (DSM-IV-TR) / Carlton E. Munson—2nd ed.
    p. ; cm.
  Includes bibliographical references and index.
  ISBN 0-7890-1464-5 (hard) — ISBN 0-7890-1465-3 (soft)
  1. Mental illness—Classification—Handbooks, manuals, etc. 2. Mental illness—Diagnosis—Handbooks, manuals, etc. I. Title: Visual guides and more for learning to use the diagnostic and statistical manual (DSM-IV). II. Title.
RC455.2.C4 M86 2000b
616.89′001′2—dc21
                                                                                00-047282