# Chapter 20

# Personality Disorders

*DISORDERS*

Cluster A
   301.0   Paranoid Personality Disorder
   301.20  Schizoid Personality Disorder
   301.22  Schizotypal Personality Disorder

Cluster B
   301.7   Antisocial Personality Disorder
   301.83  Borderline Personality Disorder
   301.50  Histrionic Personality Disorder
   301.81  Narcissistic Personality Disorder

Cluster C
   301.82  Avoidant Personality Disorder
   301.6   Dependent Personality Disorder
   301.4   Obsessive-Compulsive Personality Disorder
   301.9   Personality Disorder NOS

*FUNDAMENTAL FEATURES*

    The Personality Disorders section includes ten dysfunctional personality types. The first portion of this section of the DSM-IV-TR defines the general criteria for all Personality Disorders and then covers the specific criteria for each Personality Disorder. The disorders are clustered into three types, based on descriptive similarities: (1) Cluster A, the odd and eccentric; (2) Cluster B, dramatic, emotional, and erratic behavior; and (3) Cluster C, the anxious and fearful (see Visual 20.1 for an overview of this class).
    The most fundamental feature of the Personality Disorders is an enduring pattern of inner experience and behavior that deviates markedly from