Time 1 hr. 28 mins

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

Convened 3:39
Recess 5:07

### CRIMINAL MINUTES - GENERAL

Case No. 1:02-CR-100(1)   Date 2/3/06

Case Caption: USA vs. John Duncan, aka Giovanni Gergotti

**DOCKET ENTRY:**

see below

**PRESENT:**

HONORABLE: Walter H. Rice, JUDGE

Karla Evans — Deputy Clerk

Debra Futrell — Court Reporter

**PLAINTIFF ATTORNEYS:**

J. Richard Chema
for Amul Thapar

**DEFENDANT ATTORNEYS:**

Kevin Spiering

**PROCEEDINGS:** Sentencing Hearing (continued from 6/16/05; Video Conference of Dr. Kevin McBride, Forensic Psychologist FCI Butner, NC; testimony taken; request of counsel for deft to be transferred to Hamilton County Justice Center by USM for an evaluation by Dr. Nelvin Nizny; conference call set for F. 2/10/06 @ 5:15 PM

AO 72A
(Rev. 8/82)

Video Conf: 3:39-5:03
Recess: 5:03-5:07

Case No. 1:02CR100(1)   Date: 2/3/06
Case Caption: USA vs. John Duncan AKA Evans Margotti   Page: 1
Court Reporter: Debra Futrell   Courtroom Deputy: Karla Evans

| Plaintiff | Defendant | Exh | Item | Atty | Exam | Time |
|---|---|---|---|---|---|---|
| | | | re: present state of the record; Court Cont. Sentencing Hrg. from 6/16/05 | Court | | 3:39 |
| | | | Pltf Cnsl: J. Richard Chema for Anne Thapar | | | |
| | | | Deft: Kevin Spiering | | | |
| | | | By video conference: Dr. Bevin McBride Forensic Psychologist FCI Butner, NC | Court | Dir | 3:42 |
| | (sworn) | | training & experience; cognitive distortions; anti-social personality disorder; difficult to treat; forms of treatment - anger management forms - impulse control management; distortions of thought; treatment not very successful; great likelihood of recidivism; strong relationships between lying & the anti-social personality disorder | | | |
| | | | copy of medical records 21 pgs. tendered to Court + Cnsl | Spiering | Cross | 4:15 |
| | | | Dr. Bevin McBride re: 2nd Suppl. Sentence Memo w/excerpt of treatise | Spiering | Cross | 4:16 |

H:\docs\FORMS\Second Sheet for Trial Minutes.wpd

Case No. 1:02CR100(1)   Date: 2/3/06
Case Caption: USA vs Duncan   Page: 2
Court Reporter: Futrell   Courtroom Deputy: Evans

| Plaintiff | Defendant | Exh | Item | Atty | Exam | Time |
|---|---|---|---|---|---|---|
| | | | Dr. Kevin McBride | Spiering | cont'd Cross | 4:18 |
| | | | Diagnostic Desk Reference | | | |
| | | | pg. 250 - ~~missing page~~ "clusters" | | | |
| | | | Anti-social - Cluster B | | | |
| | | | pg. 251 ; differential diagnosis | | | |
| | | | TIP: Competency Report | | | |
| | | | Mental Health Diagnostic Document | | | |
| | | | pg. 647 1st paragraph - 2nd sentence | | | |
| | | | 1 time interview @ initial | | | |
| | | | evaluation ; Medical Records | | | |
| | | | pg. 6 of 21 ; pg 12 of 21 | | | |
| | | | Competency Report pg 3 ; | | | |
| | | | Mental Health History ; | | | |
| | | | Diagnostic Document pg. 649-650 | | | |
| | | | factors that make up deft anti- | | | |
| | | | social personality disorder ; | | | |
| | | | re: prognosis ; Desk Ref. Manual | | | |
| | | | pg 648 | | | |
| | | | Dr. Kevin McBride | Cherry | Redirect | 4:55 |
| | | | Stip deft is 33 yrs old | | | |
| | | | | Spiering | Recross | 4:59 |
| | | | Video concludes @ 5:03 | | | |
| | | | re: referring deft | Court | | |
| | | | locally for evaluation | | | |
| | | | Dr. Nelson Tuzzy | Spiering | | |
| | | | in Cinti | | | |

set c/c - 2/10/06 @ 5:15
late 2/10/06