UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America<br>Plaintiff<br>- v -<br>Jovanni F. Mangiotti<br>aka John F. Duncan<br>defendant - Pro-se | : : : : : : : : : | CASE NO: 02-CR-00100-(1)<br><br>Judge W. H. Rice [CJ]<br><br><u>Defendant's Motion for<br>Bail/Bond.</u> |

Defendant thru Pro-se, Respectfully Moves this Court for an Order to allow the defendant to be Released on Bond, or conditional Release to allow defendants Placement in either Halfway-House, or to Detainer in Warren County Ohio, Until the Final Sentence (disposition) of his Sentence on the above Captioned Case.

Respectfully
Jovanni F. Mangiotti
AKA John Duncan
/s/ Jovanni Mangiotti

### Brief in Support

Defendant has been incarcerated on the above Captioned Case, since May, 2002, nearly 4 years, in that time, the defendant has been placed in Multiple County Jurisdictions and have had to endure extreme hardships from prisoners in one facility to corrections officers in other facilities, whereas defendant feels that for his safety, that he be permitted to be Released on Conditional Supervision Pending Final Sentence.

Respectfully,
Jovanni F. Mangiotti
AKA John F. Duncan
/s/ Jovanni Mangiotti
201 W. Main St.
Troy Ohio 45373