United States District Court
Southern District of Ohio

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>vs -<br><br>Jovanni F. Mangotti<br>{aka John Duncan}<br>defendant Pro-se | CASE NO. 1:02-cr-00100-(1)<br><br>Judge Hon. W. Rice [CJ]<br><br>Defendants Pro-se Motion<br>for Request for Conference<br>with the Courts. {Ex-Parte} |

Defendant thru pro-se Respectfully moves this Court for an Order of Appearance, so the defendant may appear before the Court to confer with, and convey to, the courts issues that are detrimental to both the defendant's safety as well as defendants well being.

Respectfully,
Jovanni F. Mangotti
aka John Ducan

*Jovanni Mangotti*

## Brief in Support

Defendant was moved to a location by the U.S. Marshal service, defendant was made aware of the Reasoning by his attorney, who spoke directly with Mr. William Taylor of the U.S. Marshal service; Defendant has not grieved about the move, the Defendant grieves about the treatment he is Receiving, to include by not limited to: Threats by staff members, Tamper with the defendants food, Placement in disciplinary Isolation for writing a Grievance about denial of access to his own legal material, confiscation of his Religious Material, "Misplacement" of Medication that the defendant needs for a seizure disorder.

Defendant has written to the U.S. Marshal service, as well as the Courts pertaining to these issues and more, and has not had a Response.

Pg. 1 of 2

Counsel for defendant had made a visit with the defendant on 01/19/06, and defendant had made counsel aware of those facts, counsel for the defendant informed the defendant that Mr. William Taylor had expressed that He may only possibly be able to move the defendant to Youngstown Ohio, defendant told his attorney that would be better than facing imminent Retribution daily; he said he would not make the Request; Defendant asked Counsel if he would address the Court; he said he would "Review the situation" in 90 days, the defendant feels his Safety Possibly his Life may very well be in Jeopardy and does not have 90 days. Defendant prays the Court for at least a conference?

Thank you
respectfully,

Jovanni E. Markiotti
aka John Duncan
Defendant Pro-se

Pg. 2 of 2