IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

         vs.

JOVANNI MANGOTTI,

            Defendant.

:

:

:

:

:

Case No.  1:02cr100(1)

JUDGE WALTER HERBERT RICE

---

ENTRY REQUESTING TRANSFER OF DEFENDANT TO HAMILTON
COUNTY JUSTICE CENTER

---

Defendant is seeking a psychiatric evaluation from Dr. Melvin Nizny, M.D.,

of Cincinnati, Ohio.  In order to facilitate such evaluation, it is the request of this

Court that the United States Marshals Service transfer the Defendant to the

Hamilton County Justice Center.

/s/ Walter Herbert Rice

February 24, 2006

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

J. Richard Chema, Esq.
Amul R. Thapar, Esq.
John Spiering, Esq.
United States Marshal
U. S. Probation Department
U. S. Pretrial Services