United States District Court
Southern District of Ohio

United States of America
    Plaintiff

Case No:

2006 MAR 14 PM 12:06

Judge W. Rice [C.J.]

- vs -

Giovanni F. Mangotti
    defendant pro-se

Defendant's Motion for Release on Conditional Release Pending Sentencing pursuant to 28 USC § 3141, § 3142, and § 3143.
{In Camera, Under Seal}

Now Comes the defendant by and through pro-se, pursuant to authority of the Courts notation ORDER, Sustaining defendants Motion for Leave to file Pro-se, who respectfully moves this Honorable Court for an Order to Release the Defendant on a Conditional Release from Custody pending final sentencing of the defendant, brief and Memorandum attached.

Respectfully Submitted,

Giovanni Mangotti
Giovanni F. Mangotti
Defendant pro-se
201 W. Main St.
Troy, Ohio 45373

### Brief and Memorandum

Defendant states that he has been in Custody since May 23, 2002, which has been 3 years, 10 months, and 2 weeks, from the time of this filing, within that near 4 year period he has suffered many undue hardships, including, but not limited to; physical assault on his person for agreeing to cooperate with the Federal Government, which resulted in broken bones

and severe trauma, transfers to facilities that are not adequately close to either the defendant's family or his attorney, and said facilities that have repeatedly violated numerous civil rights of the Defendant through many means to include gross negligence, and this defendant's being indigent and without means to pursue a civil action; and said transfers contrary to the ORDER sustaining the Defendant's Request for a Transfer to a Lock facility close to home of the defendant and his attorney SO ORDER on May 26th 2005, which outlines the said _____.

This Defendant and his family and friends have notified both the Courts and the U.S. Marshal Service of said abuses, and complaints have gone ignored.

Defendant had been ORDERED by the Courts to undergo Psychological Evaluation at Butner North Carolina (FCI) where the defendant maintains that a proper evaluation was never given, though the evaluations report contends that the Evaluation [Report] was prepared in saying that the defendant may exhibit signs consistent with adult anti-social personality disorder, though defense objects strongly to this report and its finding, the Court has indicated that if in fact any illness exists, the defendant may be required to undergo treatment, whereas this alleged evaluation, a hardly accurate nearly 3yrs ago, if in fact the defendant had been suffering any illness at all which requires any treatment or counseling, it would again be grossly negligent to ignore the alleged illness for a near 3yr period without interceding.

Defendant also contends that pursuant to 18 USC § 3143(b), a Judicial officer of a Court of Criminal Jurisdiction over an offense shall Order that pending imposition or execution

Pg 2

of sentence a person be released or detained, whereas the defendant contends that pursuant to 18 USC § 3142(c)(1)(B)(i) a defendant may remain in the custody of a person who assumes responsibility or agrees to supervise the defendant, and regarding 18 USC § 3142(c)(1)(B)(x) provides that while on conditional release the defendant undergo any available Medical, Psychological, or Psychiatric services.

The defendant may be placed in Community Confinement Center (Halfway House) pending sentencing, or other final disposition, the defendant may be placed on House arrest as well as other means of restriction set by the Court.

Pursuant to 18 USC 3143(a)(2)(B) the Court may release a person having been found guilty of an offense, if the Judicial officer finds clear and convincing evidence that the person is not likely to flee or pose danger to any other person or the community.

The defendant asserts that he is not a danger to any person or the community, and has readily available employment to help his family, also the defendant has recently been made aware that his biological daughter has been placed with a different set of parents, by the Courts of Cuyahoga County Ohio, the result of an illegal adoption that the Courts have asserted that as long as the Defendant is incarcerated he can not contest or challenge.

Furthermore, aside from the lengthy pre-sentencing delays, that defendant has suffered numerous unnecessary, and undue hardships since incarcerated, not listed herein, and would like to address the Courts on such.

The defendant has informed his attorney of his wishes to pursue this issue and more, and has either been told directly no, or just ignored altogether.

Pg. 3

Also the defendant has waited since Feb. 23rd 2006, on a Response from the Courts on the Defendants Choice of expert Witness, which the defendant feels is another lengthy delay, causing yet more undue hardship.

Defendant Requests an Oral Hearing to address the Court on these and other issues.

Respectfully,

*[signature]*
Savinni F. Mongotti
Defendant Pro-se
831 W. Main St.
Troy, Ohio 45373


### Proof of Service

A foregoing copy was mailed to the US Attorneys Office in Cincinnati Ohio, attn: Mr. Amul Thapar, on this 13th Day of March, 2006.

*[signature]*
Savinni F. Mongotti