IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                 : | |
|       Plaintiff,                                             : | |
|       vs.                                                          : | Case No. 1:02cr100 |
| JOHN DUNCAN,                                         : | JUDGE WALTER HERBERT RICE |
| aka GOVANNI F. MANGOTTI,                  : | |
|       Defendant. | |

DECISION AND ENTRY OVERRULING DEFENDANT'S PRO SE
MOTION FOR CONDITIONAL RELEASE PENDING SENTENCING

The Motion of the Defendant, filed pro se, seeking a conditional release pending sentencing (Doc. #124), is overruled.

This Court, having received the psychiatric report of Dr. Melvin Nizny, M.D., will schedule sentencing shortly.

April 18, 2006

/s/ Walter Herbert Rice
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

J. Richard Chema, Esq.
Amul R. Thapar, Esq.
John Spiering, Esq.
John Duncan, c/o Miami County Jail, 201 W. Main Street, Troy, OH 45373
United States Marshal
U. S. Probation Department
U. S. Pretrial Services