UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-02-100-1 |
| Plaintiff, | : | Judge Rice |
| vs. | : | **DEFENDANT JOVANNI MANGOTTI'S THIRD** |
| JOVANNI MANGOTTI, | : | **SUPPLEMENTAL SENTENCE MEMORANDUM** |
| Defendant. | : | |

Comes now the defendant, Mr. Jovanni Mangotti, by and through counsel, and hereby presents the Court this Third Supplemental Sentence Memorandum. This case is scheduled for sentencing on Wednesday, May 17, 2006.

As the Court is aware, psychiatrist Dr. Melvyn Nizny completed his independent examination of Mr. Mangotti and provided a written evaluation of his findings. The Court has been acutely concerned about what treatment is available for anti-social personality disorders, inside of the Bureau of Prisons and out. Dr. Nizny addressed what treatment is available inside of the Bureau of Prisons, however, he did not specifically address treatment options available in the community.

Attached is a copy of Mr. Mangotti's letter addressed to defense counsel which provides a listing of many community-based treatment facilities, including Talbert House and Crossroads. This Court is probably aware of these programs, but Mr. Mangotti wishes to stress that these options besides prison are more helpful than mere jail time.

Should the Court's sentence include treatment for any concern of a personality disorder, Mr. Mangotti respectfully requests the Court to consider the community-based treatment options

and not prison. Mr. Mangotti can not over-emphasize he has already served four years of any prison sentence, and that treatment for any personality disorder seems to better suited in a community-based program..

        Respectfully submitted,

       /s/ *Kevin J. Spiering*
       Kevin J. Spiering
       119 East Court Street
       Cincinnati, Ohio 45202
       (513)381-1500

       Trial Counsel for Defendant Jovanni Mangotti

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically to the office of the United States Attorney and counsel for co-defendant (and Dr. McBride via facsimile) on this 27h day of April, 2006.

       /s/ *Kevin J. Spiering*