Giovanni Mangotto
04-10-06

Dear Kevin;

Here is where I've contacted, and here are the Results,

① Warren County Mental Health, 513-695-1354
- has no group therapy, But "Tonya" says that there are Multiple Referals Made from them to local "Group" therapies that Range from cognitive to N.A. & A.A. and others

② Talbert House Cornerstone D-town on Vine 513-684-7965
- Takes Federal Prisoners
- has some group counseling, But Refers My situation to other Groups on an Outpatient Basis. such as the two listed Below.

③ V.O.A. (I don't have the phone #) in Cincinnati
- Residents of Talbert Cornerstone Go here for Group therapy

④ Crossroads 513-475-5300, Speak to Tiffany Jackson about intake
- has all types of Groups, and Individual Therapy
- takes referals from Cornerstone and Court.
- Cost is either covered By Court, or free If Broke.

⑤ T-DAT- Same as Crossroads 513-784-1853

⑥ Access Point, psych. Referal Service, sponsored primarily By University Hospital - 513-558-8888.
- Refers Patients/Residents to all Know Group Counseling.
- Payment Received via Courts, or Waived If Broke
- and has Payment Plans.

⑦ I called Warren County Career Center at 513-932-5677
- They have a 270 hr Heavy Equipment Operation Program that includes CDL training, complete 100% financial aide, plus monthly Bus Passes. etc.