IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:02CR100 |
| v | : | JUDGE WALTER HERBERT RICE |
| JOHN DUNCAN, et al | : | NOTICE OF SUBSTITUTION OF COUNSEL |
| | : | |

NOW COMES, Assistant U.S. Attorney, J. Richard Chema and hereby notifies this Court that the within action has been transferred to him from Assistant U.S. Attorney, Amul Thapar.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/J. Richard Chema
J. RICHARD CHEMA (0030196)
Assistant United States Attorney
Attorney for Plaintiff
602 Federal Building
200 West Second Street
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Richard.Chema @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was electronically filed and served on defense counsel this 3rd day of May, 2006.

s/J. Richard Chema
J. RICHARD CHEMA (0030196)
Assistant United States Attorney