UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-02-100-1 |
| Plaintiff, | : | Judge Rice |
| vs. | : | **DEFENDANT JOVANNI MANGOTTI'S FOURTH** |
| JOVANNI MANGOTTI, | : | **SUPPLEMENTAL SENTENCE MEMORANDUM** |
| Defendant. | : | |

Comes now the defendant, Mr. Jovanni Mangotti, by and through counsel, and hereby presents the Court this Fourth Supplemental Sentence Memorandum. This case is scheduled for sentencing on Friday, June 9, 2006 at 2:00 p.m. The purpose of this document is to inform the Court of the following:

1.  Dr. Melvyn Nizny will be in present in Court at the June 9, 2006 hearing. He prefers to answer in person any questions the Court may have.

2.  Mr. Tom Berghausen, Vice President of Talbert House, Cincinnati, Ohio will be available via telephone to answer questions regarding the Corrective Thinking Program Talbert House offers to federal inmates. As the Court may be aware, the Federal Bureau of Prisons has a contract with Talbert House which closely monitors inmates near the end of their sentences. The program also offers viable work release to its clients. Mr. Berghausen's address is 2600 Victory Parkway, Cincinnati, Ohio 45206 and his phone number is 513-751-7747 ext. 211.

Hopefully, these professionals will be able to answer all of the Court's questions and convince it that Talbert House, not incarceration, is the community-based program best suited to

assist in any personality disorder Mr. Mangotti suffers.

Respectfully submitted,

/s/ *Kevin J. Spiering*
Kevin J. Spiering
119 East Court Street
Cincinnati, Ohio 45202
(513)381-1500

Trial Counsel for Defendant Jovanni Mangotti

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically to the office of the United States Attorney and counsel for co-defendant (and Dr. Nizny and Mr. Tom Berghausen via facsimile) on this 5th day of June, 2006.

/s/ *Kevin J. Spiering*