**BEFORE JUDGE WALTER H. RICE**

1 hr. 9 mins.

Case No. 1:02cr100(1)     Date: 7/26/06

Case Caption: USA vs. John Duncan, AKA Jovanni Chigotti (Custody)

Court Reporter: Anna McCormick     Courtroom Deputy: Kirk Evans

Counsel for Plaintiff: J. Richard Chema

Counsel for Defendant: Kevin Spiering

PROCEEDINGS: Sentencing Hearing held; testimony taken; Court proceeded to rulings on obj. & followed by sentencing

| Plaintiff | Defendant | Exh | Item | Atty | Exam | Time |
|---|---|---|---|---|---|---|
| | | | | Court | | 1:43 |
| | | | obj re factual issues of what transpired @ Butner facility | Spiering | | |
| | | | Dr. Melvyn Tinny re: diagnosis; treatment programs | Court | | 1:46 |
| | | | | Spiering | | 2:12 |
| | | | | Chema | | 2:22 |
| | | | chances of success | Court | | 2:2? |
| | | | Thomas Berghausen by telephone, sworn by the court; ltr rec'd 7/10/06 from Berghausen VP @ Talbert House | Court | | 2:32 |
| | | | | Spiering | | 2:46 |
| | | | | Chema | | 2:50 |
| | | | | recess | | 2:52 |

reconvene 3:06
proceeded to sentencing

Case No. 1:02CR100 (1)       Date: 7/26/06

Case Caption: Margotti (custody)       Page: 2

Court Reporter: McCormick       Courtroom Deputy: Evans

| Plaintiff | Defendant | Exh | Item | Atty | Exam | Time |
|---|---|---|---|---|---|---|
| | | | Δ Pleads: ct 1s | Court | | 3:06 |
| | | | ct 22s | | | |
| | | | ct 40s | | | |
| | | | 1st set for S- 6/16/05 | | | |
| | | | 4 objs. to PSI report | | | |
| | | | Court proceeds to rulings, past hearing record + rulings upon objections to PSI report | | | |

H:\docs\FORMS\Second Sheet for Trial Minutes.wpd