SENTENCING: DATE/TIME: 7/26/06 Page 1 of 3

Pltfs. Attorney: J. Richard Chema  Defts. Attorney: Kevin Spiering

CASE CAPTION: USA v. John Duncan  CASE NUMBER: 1:02CR100(1)

Defendant appeared with Counsel. AKA Giovanni Margotti — legal name (custody)

2006 JUL 28 PM 1:43

Disposition DELAYED ___ days; ___ months.

Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for:

59 ~~days~~/months on Count 1s: ___
inability to satisfy, need make restitution, hardship upon dependents, + due to a/s imposed. ~~consecutive~~/(concurrent)

Fined $ 0 on Count 1s. $ 100 Special Assessment/Victims Crime Fund

Restitution in the amount of $ 4,350.39 as set forth in PSI report #106 see attached

59 ~~days~~/months on Count 22s; ___
same reason ~~consecutive~~/(concurrent)

Fined $ 0 on Count 22s. $ 100 Special Assessment/Victims Crime Fund
jtly + severally w/ Michelle Margotti to the extent that she is liable.

Restitution in the amount of $ 0.

**RECOMMENDATIONS TO BOP:** (Deft has served 50 mos.)

That the defendant be given credit for all allowable presentence jail-time served.
maintained in county jail until designated

That the defendant be ~~incarcerated as close to his home in the Dayton, Ohio, area as possible consistent with his security~~ status. 1st 6 mos. in Talbert House in Cinti w/ mental health w/ intensive group therapy sessions that

That the defendant be made eligible for and enrolled in the 500 hour drug treatment program. be follow-up release *

Fine, Special Assessment and/or restitution to be paid immediately.

✓ ___ Years Supervised Release ct. 1s - 3 yrs. ct. 22s - 5 yrs. ct. 40s - 3 yrs.

Execution of sentence suspended. (in terms of months/years) served concurrent  * from Talbert House w/ mental health provider to cont. intensive group

Defendant placed on probation for a period not to exceed ___ years therapy sessions for a min. of 2½ yrs. after release from Talbert House that is not

Conditions of Probation/Delayed Disposition.  to be terminated before the end of 3rd yr. of SR

Follow the rules and regulations of the Probation Department — w/ pmt in full 60 days prior to term of SR

Restitution and Special Assessment to be paid consecutively  · pmt plan to be submitted w/ 30 days

100 hours of community service with an agency and on a schedule agreed upon by the Deft & the Probation Department over the first two yrs of SR/Probation

✓ Defendant must report to supervising agency within 72 hours of release from institution.

✓ Defendant must not commit any crimes, either federal, state or local.

✓ Defendant must not own, possess, use, or traffic in any firearm or dangerous weapon.

✓ Defendant must not possess, use, or traffic in any controlled substance.

✓ Defendant must make himself available for substance abuse testing and/or treatment throughout the period of supervision by supervising agency. possible alcohol abuse or potential
immediately

✓ Defendant must seek and maintain employment throughout the period of supervision

**OTHER:** regular AA/NA mtgs w/ verification
mental health assessment + counseling throughout period of SR
coop in collection of DNA; cont to coop w/ Gov't on subject of substantial assistance

___ Voluntary surrender  counsel's statement to deft; deft's statement
___ Remanded/Taken into custody  Gov't mtn for Substantial Assistance sustained;
✓ Defendant's rights of appeal explained and understood  Court sets forth record of prior proceedings + rulings

COURT REPORTER: ~~Barbara~~ MCCORMICK  CONVENED: 3:06  on objs + hearings held
DEPUTY CLERK: KARLA EVANS  RECESSED: 3:48  since sentencing that was 1st set for 6/16/05

SENTENCING: DATE/TIME: 7/26/06 Page 2

Pltfs. Attorney: _J. Richard Chema_  Defts. Attorney: _Kevin Spiering_

CASE CAPTION: USA v. _Duncan AKA Margotti_  CASE NUMBER: _1:02CR100(1)_

Defendant appeared with Counsel.

Disposition DELAYED ____ days; ____ months.

Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for:

_59_ ~~years~~/months on Count _40s_: ~~consecutive~~/(concurrent)

_same reason_
Fined $ _0_ on Count _40s_. $ _100_ Special Assessment/Victims Crime Fund

Restitution in the amount of $ _44,572.55 to IRS + any fines + penalties that adhere as a matter of law_

____ years/months on Count ____; _____

consecutive/concurrent

Fined $ ____ on Count ____. $ ____ Special Assessment/Victims Crime Fund

Restitution in the amount of $ _____.

**RECOMMENDATIONS TO BOP:**

That the defendant be given credit for all allowable presentence jail-time served.

That the defendant be incarcerated as close to his home in the <u>Dayton, Ohio</u>, area as possible consistent with his security status.

That the defendant be made eligible for and enrolled in the 500 hour drug treatment program.

Fine, Special Assessment and/or restitution to be paid immediately.

_____ Years Supervised Release

Execution of sentence suspended. (in terms of months/years)

Defendant placed on probation for a period not to exceed ____ years

Conditions of Probation/Delayed Disposition.

Follow the rules and regulations of the Probation Department

Restitution and Special Assessment to be paid _____

____ hours of community service with an agency and on a schedule agreed upon by the Deft & the Probation Department over the first two yrs of SR/Probation

    Defendant must report to supervising agency within 72 hours of release from institution.

    Defendant must not commit any crimes, either federal, state or local.

    Defendant must not own, possess, use, or traffic in any firearm or dangerous weapon.

    Defendant must not possess, use, or traffic in any controlled substance.

    Defendant must make himself available for substance abuse testing and/or treatment throughout the period of supervision by supervising agency.

    Defendant must seek and maintain employment throughout the period of supervision

<u>**OTHER**</u>:

____ Voluntary surrender

____ Remanded/Taken into custody

____ Defendant's rights of appeal explained and understood

COURT REPORTER: ~~_____~~ MCCORMICK  CONVENED: ____

DEPUTY CLERK: KARLA EVANS  RECESSED: ____

7/26/06

John Duncan AKA Giovanni Hangotti    Page 3
(Custody)

Restitution

106.  **Statutory Provisions**: Pursuant to 18 U.S.C. § 3663A, restitution of $48,922.94 shall be ordered. Payments should be forwarded to:

>Citi-Group Financial Services
>P.O Box 9150
>Gray, TN 37615-9840
>$1,978.65
>
>Capital One
>P.O. Box 155248
>Ft. Worth, TX 76155
>$277.93
>
>First Premier Bank
>900 West Delaware
>P.O. Box 5524
>Sioux Falls, SD 57117
>$148.69
>
>Macy's (Federated) Department Stores
>9111 Duke Blvd.
>Mason, OH 45040
>$1,665.21
>
>JC Penney (Monogram Bank)
>5555 Scarborough Blvd.
>Columbus, OH 43232
>$280.00
>
>Internal Revenue Service
>Cincinnati, OH
>$44,572.55