United States District Court
Southern District of Ohio
Western Division

United States of America : CASE NO: 1:02-100-1
Plaintiff :
: Judge Walter Rice
-vs- :
:
: Motion for Appointment
Jovanni F. Mangotti : of Counsel for Appeal
Defendant pro-se. :
                                                    Ex-parte

Now comes Defendant by and through pro-se who Respectfully moves this Court to appoint Defendant Counsel to prepare for Appeal on Judgement Order from this Court.

The defendant is currently incarcerated and without the means to obtain counsel.

Respectfully submitted,

Jovanni Mangotti
Jovanni F. Mangotti

AKA John F. Duncan
2042 N. Co. Rd. 25-A
Troy Ohio 45373