United States District Court
Southern District of Ohio
Western Div. at Dayton

| | | |
|---|---|---|
| United States of America | : | Case No. 1:02-100-1 |
| — Plaintiff — | : | |
| | : | Judge Walter Rice |
| — vs — | : | |
| | : | Defendants Motion for |
| Jovanni F. Mangotti | : | Extension To File Notice |
| AKA John Duncan | : | of Appeal |
| defendant pro se | : | |

Now comes the defendant by and through pro se who Respectfully Moves this Court for an Extension To file a Notice of appeal in the above Captioned Case.

Respectfully submitted
Jovanni F. Mangotti
*(signature)*
defendant pro se

### Brief in Support

Defendant asserts that pursuant to Rule 4(b)(4) of the Federal Rules of appellate procedures, the Court May Grant the defendant an Extension in time to file a Notice of appeal Given that the defendant Show with good cause an excusable neglect or other reason the Court seems appropriate; Whereas the defendant contends that he has repeatedly contacted the Clerk of Courts as well as counsel for the defendant in the above cause regarding defendants need to receive a copy of the sentencing Order (ENTRY, Decision) of the Courts in the above captioned case, for the defendant feels there May be an appealable issue Regarding the Restitution order by the courts, and without proper legal research materials, and counsel,

to conduct proper research in a timely manner leads the defendant to believe he may need an extension to file the notice of appeal.

Respectfully submitted

*Giovanni Mangotti*
Giovanni F. Mangotti,
aka John F. Duncan
2042 N. Co. Rd. 25-A
Troy Ohio 45373

### Proof of Service

A foregoing copy was sent via U.S. Mail, to Mr. Dick Chema a U.S. Attorney (Asst.) Dayton Ohio, on this 21st day of August, 2006.

*Giovanni Mangotti*
Giovanni F. Mangotti