IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:02CR100 |
| v | : | |
| JOHN DUNCAN, ET AL | : | |
| | | NOTICE OF SUBSTITUTION |
| | : | OF COUNSEL |

NOW COMES, Assistant U.S. Attorney, Jeb T. Terrien and hereby notifies this Court that the within action has been transferred to him as lead counsel from J. Richard Chema.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Jeb T. Terrien
JEB T. TERRIEN (VA41959)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-2047
Jeb.Terrien @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was electronically filed and served on defense counsel this 5th day of September, 2006.

s/Jeb T. Terrien
JEB T. TERRIEN (VA41959)
Assistant United States Attorney