AO 245B (Rev. 06/05) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:02CR100(01) | Judgment - Page 2 of 6 |
| DEFENDANT: JOHN DUNCAN | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>59 months on Count 1; 59 months each on Counts 22 and 40, all counts to run concurrently</u> with each other.

[✔]	The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be accorded all allowable presentence credit for time spent incarcerated.

The Court recommends that the defendant be incarcerated as close to his home in Ohio as possible consistent with his security status.

The Court recommends that the defendant receive a mental health assessment and counseling.

The Court recommends that the defendant remain in the county jail facility until released to Talbert Halfway House in Cincinnati.

[✔]	The defendant is remanded to the custody of the United States Marshal.

[ ]	The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]	The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before 2:00 p.m. on _____.
   [ ] as notified by the United States Marshal but no sooner than
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _October 04, 2006_ to _Montgomery Co. Jail_
at _Dayton, OH_____, with a certified copy of this judgment.

_James M. Wahlrab S/OH_
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal