United States District Court
Southern District of Ohio
Western Division

United States of America  :   Case No CR-1:02-100-(1)
   Plaintiff              :
                          :   Judge Walter H. Rice [E-J]
vs                        :
                          :   Defendants Notice of
Jovanni F. Mangotti       :         appeal
(AKA John Duncan)         :
Defendant pro-se          :
                          :

Now comes the defendant, Jovanni Mangotti, by and through pro-se, who respectfully submitts his notice of appeal, on his sentencing, for the above captioned case No. Taken place on July 26, 2006.

Respectfully submitted,

Jovanni F. Mangotti
(AKA John F. Duncan)
NEOCC - 03628-061
2240 Hubbard Rd.
Youngstown Ohio 44505

Proof of Service

I hereby certify that a foregoing copy of this Notice was sent to the U.S. Attorney's office located at 200 W. Second St. Dayton Ohio, via Regular U.S. Mail on this 28th Day of September, 2006.

Jovanni F. Mangotti
Defendant pro-se