United States District Court
Southern District of Ohio
WESTERN DIVISION

United States of America        :        CASE NO; 1:02-100-(1)
Plaintiff                       :
                                :
                                :        Judge Walter H. Rice [CJ]
VS                              :
                                :
Jovanni F. Mangotti             :
(AKA John F. Duncan)            :        Defendants motion for
Defendant pro-se                :        appointment of counsel
                                :        for appeal Pursuant To CJA.
                                :

Now comes defendant by and through pro-se who Respectfully

Requests the Court To appoint Counsel for the defendant To

help defendant Further prepare his appeal, Defendant has already

Been deemed indigent by the Courts, having no financial means to

obtain Counsel, or other means To obtain same. Therefore; Pursuant To

Criminal Justice act, defendant prays the Court will appoint

Counsel.

                                        Respectfully submitted

                                        _____
                                        JOVANNI F. MANGOTTI
                                        (AKA JOHN F. DUNCAN)
                                        NEOCC - 03628-061
                                        2240 Hubbard Rd.
                                        Youngstown Ohio 44505-

                        Proof of Service

    I hereby certify that a true foregoing copy of this notice was
Sent To the U.S. Attorney's offices located at 200 west second St.
Dayton ohio, via Regular U.S. Mail on this 28th Day of Sept. 2006

                                        _____
                                        JOVANNI F. MANGOTTI
                                        (Defendant - pro-se)