Case No: 06-4350

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**ORDER**

FILED
MAR 2 6 2007
LEONARD GREEN, Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN DUNCAN,
a/k/a Jovanni F. Mangotti

    Defendant - Appellant

FILED
MAR 2 7 2007
JAMES BONINI, Clerk
CINCINNATI, OHIO

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green /NB*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By *Nancy Barnes*
    Deputy Clerk