PROB 12C
Rev 2/03

# United States District Court

for

Southern District of Ohio

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **John Duncan**   AKA: **John Mangotti**          Case Number: **1:02CR00100**

Name of Sentencing Judicial Officer: **The Honorable Walter Herbert Rice, United States District Court Judge**

Date of Original Sentence: **July 26, 2006**

Original Offense: **Fraud**

Original Sentence: **59 month(s) prison, 60 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**       Date Supervision Commenced: **November 17, 2006**

Assistant U.S. Attorney: **Amul Thapar, Esq.**       Defense Attorney: **Kevin J. Spiering, Esq.**

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue an Order to Appear and Show Cause
[ ]  To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance; On June 21, 2007 the offender was charged with Aggravated Assault by the Warren County, Ohio Sheriff's Department located in Lebanon, Ohio. According to the victims/witnesses the offender went to the home of one of the victims in order to obtain some of his belongings when he told the victim that he would slit the throat of the victims boyfriend. At some point the boyfriend and the offender then got into an argument at which time the offender obtained a baseball bat. At the sight of the baseball bat the victims fled in a car. The offender drove after them and violently rammed the car that they were driving 3 times, causing injury to one victim. The offender then fled the scene and he is currently at large. |
| #2 | Special Condition #8: The defendant shall reside in and participate in a community corrections center as instructed by the probation officer, but not longer than 120 days; The offender was a resident of the Talbert House in Cincinnati and was to be discharged on Monday, June 25, 2007. He was unsuccessfully discharged on June 22, 2007 when he failed to return to the facility. |

U.S. Probation Officer Recommendation: This offender is a danger to others in the community. He fled the halfway house and has committed an act of violence. A warrant should be issued as soon as possible.

The term of supervision should be
    [X]    Revoked.
    [ ]    Extended for years, for a total term of years.
    [ ]    Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 22, 2007**

*[signature]*
John Cole
U.S. Probation Officer

Approved,

by *[signature]*
John Cole
Supervising U.S. Probation Officer
Date:    **June 22, 2007**

THE COURT ORDERS:

[ ]    No Action
[X]    The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[ ]    The Issuance of an Order to Appear and Show Cause
[ ]    The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ]    Other

*[signature]*
Signature of Judicial Officer

6-22-07
Date