AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.                                              **WARRANT FOR ARREST**

**JOHN DUNCAN AKA JOHN MANGOTTI**

To:   The United States Marshal
      and any Authorized United States Officer        CASE NUMBER:  1:02cr100

YOU ARE HEREBY COMMANDED to arrest **JOHN DUNCAN AKA JOHN MANGOTTI**

and bring **him** or **her** forthwith to the nearest magistrate judge to answer a(n)

   Indictment   Information   Complaint   Order of court   X Violation Notice

charging **him** or **her** with (**brief description of offense**)

PETITION FOR VIOLATION FOR OFFENDER UNDER SUPERVISED RELEASE

in violation of Title              United States Code, Section(s)
WALTER HERBERT RICE                DISTRICT JUDGE USDC
Name of issuing Officer            Title of Issuing Officer

[signature]                        **June 22, 2007 at Dayton, OH**
Signature of Issuing Officer       Date and Location

Bail fixed at $ none               by WALTER HERBERT RICE
                                      Name of Judicial Officer

RECEIVED U S MARSHAL SOUTHERN DIST OF OHIO 07 JUN 25 AM 8:06

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

DATE RECEIVED 6/25/07         NAME AND TITLE OF ARRESTING
OFFICER   Josh Niuard

DATE OF ARREST 8/27/07        SIGNATURE OF ARRESTING
OFFICER  [signature]

FIO # 1341930