**PROBATION / SUPERVISED RELEASE**
**REVOCATION HEARING**                              Date & Time: 9/10/07 @ 1:30

Before Judge Walter H. Rice

USA v John Duncan   **(CUSTODY)**              CASE NUMBER: 1:02-cr-100

__ X __            Defendant appeared with counsel.


Plaintiffs Attorney:   __Dwight Keller__

Defendants Attorney:   __Anthony Van Noy__

Probation Officer:   __Tom Barbeau by Ray Adams__

_____            Final disposition set for _____

__ X __            Conference (Call/Chambers) set for __4:30 PM__ on Wed. 9/12.

_____            Bond of _____ set.

__ X __   Other: SR began 7/28/06; Petition filed 6/22/07 alleges 1) you shall not commit another federal state, or local crime, and shall not illegally possess a controlled substance; On 6/21/07 the offender was charged with Aggravated Assault by the Warren County, Ohio Sheriff's Dept. located in Lebanon, Ohio. According to the victims/witnesses the deft went to the home of one of the victims in order to obtain some of his belongings when he told the victim that he would slit the throat of the victims boyfriend. At some point the boyfriend and the deft then got into an argument at which time the deft obtained a baseball bat. At the sight of the baseball bat the victims fled in a car. The deft drove after them and violently rammed the car and that they were driving 3 times, causing injury to one victim. The deft then fled the scene. Allegation #2, The deft shall reside in and participate in a community corrections center as instructed by the PO, but not longer than 120 days; The deft was a resident of the Talbert House in Cincinnati and was to be discharged on Monday, 6/25/07. He was unsuccessfully discharged on 6/22/07 when he failed to return to the facility. Deft denies said allegations. Court will not remove detainer on deft; this case will be resolved prior to Warren County case.

COURT REPORTER:  __Debra Futrell__                    CONVENE:  __1:35__

DEPUTY CLERK:  __Kelly Kopf/Annetta Galilei__         RECESS:  __1:44__