In the United States District Court
Sixth Circuit
Western Division

United States of America : Case No. 02CR100-(1)
    Plaintiff :
 :
vs : Judge Walter H. Rice
 :
 :
Johann F. Mangotti : Defendant's Pro-se Motion
(AKA John F. Duncan) :
    Defendant pro-se : for conference with Courts.

---

Now comes defendant Johann F. Mangotti, by and through pro-se, who respectfully moves this Honorable Court for a hearing so defendant may personally address ~~the courts~~ the Courts.

With the Brief and Memorandum in support hereto this Motion should Further sayeth naught.

Respectfully Submitted,

_____
Johann F. Mangotti


Brief and Memorandum in support.

Defendant contends that he has three issues to address the Courts.

1) Defendant's Status in Criminal Proceedings in the Common Pleas Courts of Warren County, Ohio, whereas the defendant has a Federal Probation Violation based on Criminal Violations alleged by Warren County, Ohio. Defendant has made numerous

attempts to contact officials in Warren County who have all contended that they must be made aware by the US District Courts or the U.S. Marshal service that the defendant is available to them before they pursue the defendant on these criminal charges.

2) Defendants attorney and persons employed by defendants appointed attorney, one said Anthony Vannoy, Defendant contends that Mr. Vannoy assured the defendant, and the courts that he himself would personally contact the "Judge" and person responsible in determining issues such as conveyance of defendant; as of September 25, 2007, Mr. Vannoy has contacted NO person of authoritive mind in Warren County; The defendant personally, as well as members of his family have spoken with numerous members of the Warren County courts, common pleas and otherwise regarding every single charge the defendant faces in the Warren County [cases] area; all of which have claimed that they have not heard from the defendants attorney Mr. Vannoy.

Mr. Vannoy's employees have lied to, and misinformed the defendant and his family nearly every single business day since the defendants appointment of said counsel; whether directly or indirectly, Mr. Vannoy is responsible for the acts of persons in his employ.

3) Defendant also contends that his current federal charge/rule which is currently on supervised release is in fact out of Cincinnati Ohio, defendant

Pg. 3

resides in Hamilton County, defendant's family resides in Hamilton County, Defendants witnesses in Warren County criminal proceedings reside in both Hamilton and Warren County, defendant contends that there is no logical reason why his case is still in the jurisdiction of the District Courts of Dayton Ohio, or in the custody of the U.S. Marshal Service at Dayton Ohio. Defendant feels that the interest of justice would indicate that since the defendants Original Judge, Susan Dlott is now available that his case be assigned back to her docket.

The defendant requests that he be permitted to address the Courts directly regarding these issues, in a more detailed, and descriptive manner.

Respectfully submitted,

[signature]

Solomon F. Wangutti,
2042 N. Co. Rd. 25-A
Troy Ohio 45373