**PROBATION / SUPERVISED RELEASE**
**REVOCATION HEARING**                    Date & Time: 10/1/07 @ 1:15 pm

Before Judge Walter H. Rice

USA v GIOVANNI MANGOTTI          CASE NUMBER: ~~3:05cr100~~  1:02cr100

____✓____   Defendant appeared with counsel.

Plaintiffs Attorney: <u>Duty AUSA Laura Clemmens</u>

Defendants Attorney: <u>Duty FPD Thomas Anderson</u>

Probation Officer: ~~Tom Barbeau~~/Ray Adams

_____    Final disposition set for _____

_____    Conference (Call/Chambers) set for _____ on _____.

_____    Bond of _____ set.

____✓____ Other: <u>S/R began 11/17/2006; petition to show cause why this action should not be revoked; filed on 6/22/07 Δ represented by Zanthoy who has withdrawn; there are 2 allegations of violations; Δ scheduled for court in Warren Co. tomorrow; Δ needs subsequent counsel and judge will ensure an appt is made; Mr Anderson and request to withdraw as counsel.</u>

COURT REPORTER: <u>DEBRA FUTRELL</u>              CONVENE: <u>1:17</u>

DEPUTY CLERK: <u>ANNETTA GALILEI</u>/~~KELLY KOPF~~     RECESS: <u>1:27</u>