IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:02CR100(1) |
| v. | : | |
| JOHN DUNCAN | : | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Comes now the United States of America, through undersigned counsel, providing notice that Assistant United States Attorney Vipal J. Patel will, from this date forward, appear in this case on behalf of the United States of America, substituting for Assistant United States Attorney Jeb T. Terrien.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Vipal J. Patel
VIPAL J. PATEL (156212 CA)
Assistant United States Attorney
Attorney for Plaintiff
602 Federal Building
200 West Second Street
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Vipal.Patel @usdoj.gov