UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.  1:02-CR-100 |
| | : | |
| | : | Judge Walter H. Rice |
| vs. | : | |
| | : | |
| | : | **NOTICE OF WITHDRAWAL AS COUNSEL** |
| JOHN DUNCAN | : | |

Jeb T. Terrien, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for the defendant in this case, Kevin J. Spiering, Esq., that he is withdrawing as counsel for the United States in the above-captioned matter as another Assistant United States Attorney will be handling this case

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/Jeb T. Terrien
    JEB T. TERRIEN (VA41959)
    Assistant United States Attorney
    221 East Fourth Street
    Suite 400
    Cincinnati, Ohio 45202
    (513) 684-3711
    Fax: (513) 684-2047
    Jeb.Terrien@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Withdrawal as Counsel* was served on this 22rd day of October, 2007, via the Court's CM/ECF system, upon Kevin J. Spiering, Esq., Counsel for Defendant.

s/Jeb T. Terrien
JEB T. TERRIEN (VA41959)
Assistant United States Attorney