**PROBATION / SUPERVISED RELEASE**
**REVOCATION HEARING**                      Date & Time: 1/7/08 @  10:00

Before Judge Walter H. Rice

USA v John Duncan aka Giovanni Mangotti          CASE NUMBER: 1:02-cr-100(1)

  X          Defendant appeared with counsel.


Plaintiffs Attorney:   Vipal Patel

Defendants Attorney:   Kevin Spiering

Probation Officer:   Kristen Keyer for Thomas Barbaro

_____        Final disposition set for _____

  X          Conference Call set for  2/6/2008   on   5:00 PM

_____        Bond of _____ set.

  X      Other:  S/R began 12/19/06; Petition to Show Cause filed 6/22/07 and an Amended

Petition filed 12/12/07.  The Petition filed 6/22/07 is no longer viable and replaced with the

Amended Petition that alleged allegations of #1 Standard Condition: That deft shall not commit

another Federal, state, or local crime and shall not illegally possess a controlled substance and #2

Special Condition #8: That defendant shall reside in and participate in a community  corrections

center as instructed by the probation officer, but not longer than 120 days. Court dismisses the

first violation in the Petition filed 6/22/07; Deft enters denials to both violations in Amended

Petition.  Court will allow deft counsel a 30 day f/u to obtain status of Warren County Case.

Deft counsel to advise the Court as soon as possible as to the status but no later than the

conference call set for 2/6/08 @ 5:00 PM


COURT REPORTER:   Debra Futrell          CONVENE:  10:17

DEPUTY CLERK:    Kelly Kopf          RECESS:   10:25