# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** | Case No.: 1:02-CR-100 |
| **Plaintiff,** | Judge Walter Herbert Rice |
| vs. | ORDER GRANTING DEFENDANT'S MOTION FOR CHANGE OF PLEA HEARING |
| **JOHN DUNCAN,** | |
| **Defendant.** | |

After review of this case, the Court hereby grants the defendant's motion and sets this matter for plea and sentencing on _____, 2008, at _____ AM/PM.

It is so ordered.

_____
Judge Walter Herbert Rice
U.S. District Judge