IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA , | Case No.: 1:02-CR-100 |
| Plaintiff, | Judge Walter Herbert Rice |
| vs. | DEFENDANT'S SUPERVISED RELEASE SENTENCING MEMORANDUM |
| JOVANNI MANGOTTI, | |
| Defendant. | |

Comes now the defendant, Mr. Jovanni Mangotti, by and through counsel, and hereby provides the Court with the following memorandum in anticipation of a guilty finding of supervised release violations. A change of plea hearing is scheduled for Thursday, July 3, 2008 at 10:30 a.m.

Attached is a letter of mitigating circumstances Mr. Mangotti has requested to be "incorporate[d]" into this memorandum "prior to the hearing." (Exhibit 1: page 3, side 1.) Not only do the mitigating circumstances relate to the charge of absconding from the halfway house and the new criminal offenses, they also explain Mr. Mangotti was performing well while residing at the halfway house and that the structured lifestyle of halfway house living provided him a sense of responsibility and accomplishment. (Exhibit 1: page 2, side 2 and page 3, side 1.)

Mr. Mangotti also wishes to provide further mitigation at the sentence hearing.

        Respectfully submitted,

        s/ *Kevin J. Spiering*
        Kevin J. Spiering (Ohio Reg. No. 0063973)
        Counsel for Defendant
        119 East Court Street
        Cincinnati, Ohio 45202
        Telephone: 513-381-1500
        Facsimile: 513-721-5824
        Email: spier@fuse.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the U.S. District Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the court system.

        s/ *Kevin J. Spiering*
        Kevin J. Spiering (Ohio Reg. No. 0063973)
        Counsel for Defendant