Jolanni T. Nangeth
May 13th, 2008

Dear Kevin,

Here are some of the Mitigating Factors that I told you that I would send you, find some way to please implement them prior to our hearing.

① While at the halfway I had an ~~record~~ Exceptional Record. Ⓐ I attended all my classes, including Mental Health, NA & AA, and "Criminal Thinking." Ⓑ had only one disciplinary for possession of a cell phone which I was allowed to have but was supposed to turn it into the office and forgot.

② On Wednesday June 20th 2007 at approximately 8:30 a.m., I met with my Case Manager "Robin" in the lobby of the halfway house, & at which time I signed all of my Release Papers, including ones for successfully completing the program, and the classes at the halfway house, the Release Papers stated that I would be Released on Friday June 22nd 2007 at 8:00 am, Robin stated that if I left before that I would have to return after work to pick up my discharge papers. I usually leave for work at 5:45 a.m. or earlier. {I was scheduled to return at 10:00 pm.} {I had to sign out at 6:00 am Friday June 22nd.} But before this, on Thursday, June 21st I signed out at 6:00 a.m., was scheduled to return at 10 pm, but I had Mechanical →

trouble with my vehicle, and I had to wait for a friend of mine to bring tools. I called the halfway house, spoke with "Art" and told him that I would be late he said he would clear it with the supervisor. I called him back ½ an hour later, and he told me to just get back when I could. I did arrive before 1:00 am, 3rd shift even gave me a breathalyzer test which I passed. I woke up at 5:30 am, left at 6:00 am Friday Morning. Friday Afternoon my GodMother called me and said "Robin" said I wasn't supposed to leave. when in fact ⒶFriday was my Release date and Ⓑ I was going to return after work to get all my stuff, and my final paper.

So I called Robin, she told me that Ⓐ she got confirmation from B.O.P. that my release date was the following week not on the 22nd, and Ⓑ that 3rd shift had said I never returned the night before which I did, and Ⓒ the police are looking for me as well as my P.O.

My Step daughter calls me a couple hours later and says that Michelle talked to her own Richard, and Richard told her that I had a warrant for my arrest for leaving the halfway house and assault, at which time I had no idea what the assault was about, So I called Warren County and they said it was because I was supposed to have run

Page 2 side 2

into a car, and threatened people etc. on Thursday, which was impossible, what later turned out was Daniel Patenaude had wrecked his girlfriends car, (her name is Jamie Wallace) They tried to get Me to claim that we had a car accident, and I was at fault, so My Insurance would cover the cost of fixing her car, and claim was to be that Jamie was driving the (her) car, which all later turned out to be false allegations and were dismissed, We even have a recording of a telephone conversation between Me and Jamie as to her falsifying the Police Report etc.

③ Also while at the halfway house I maintained fulltime Employment, I paid My housing fees there as well as Monthly Restitution payments. Money I had left over I bought very little for Myself but Made sure that Michelle and the kids had what they needed.

④ Even after I absconded I Maintained full-time employment all the way up to the date of My arrest, I continued to be a provider to My Children and Step-Children, I never used drugs or consumed alcohol, I Maintained Order in My life as best as I possibly could, and I tried to the Jury, and the P.S.I. etc. I led a law abiding life, I know that sounds like a Redundant statement but

the fact of the matter is there was no P.O.C. because the store refused the check, the account was in good standing. There was really no forgery, what made it a forgery was me putting a different D.L.# on it, which I did, because Kroger wouldn't have accepted it with my D.L.# because I already had one check pending with them that week. I know what I did was deceitful, but I honestly never would've believed in a thousand years that what I did was illegal. The check would've cleared, but they believed the info was wrong. Also, had I not already been in jail for charges I was falsely accused of, I could've settled the issue with the check before it even became a criminal issue, therefore it never would've became a crime, or a violation if I had been able to personally deal with the issue.

⑤ I paid my bills on time, including my automobile insurance. I had 2 vehicles that I bought, one of which I had my sister give to Michelle so she would have a vehicle for work.

⑥ I still need supervision. My supervision actually helped me. If I get sent back to the Feds, I don't have to do shit, I don't have to take classes, I don't have to pay restitution, I don't have to do any-

thing but Eat, Sleep, Read, and Watch T.V., whereas while I'm on Supervision I have to Pay restitution, attend Meetings, Maintain full time employment, Keep My Bills Paid.

My Point is I need to be on supervision for awhile, and I need to get My Shit in Order. I had My life in Order, finally. I loved Working, I loved being a father, I loved to have the responsibilities; then it was all swept from Under Me in one fail swoop for False allegations, now I just want to get My life back on track again.

I did Loved Kevin, better than I had before, and More so due to the fact that I did have Supervision; I needed the supervision.

Plus Reconnecting with all of My family, being a father ....

So please incorporate all of this, and find some way to file Prior to the hearing.

Thank you,
yours truly,
Giovanni