**PROBATION / SUPERVISED RELEASE**
**REVOCATION HEARING**                    Date & Time: 7/3/08 @ 10:30 AM

Before Judge Walter H. Rice

USA v John Duncan aka Giovanni Mangotti          CASE NUMBER: 1:02-cr-100(1)

__X__          Defendant appeared with counsel.

Plaintiffs Attorney:   __Brent Tabacchi__

Defendants Attorney:   __Kevin Spiering__

Probation Officer:   __Victoria Howard present/Thomas Barbaro by telephone__

_____          Final disposition set for _____

_____          Conference Call set for _____ on _____

_____          Bond of _____ set.

__X__     Other: S/R began 12/19/06; deft is now in court and admits allegations 1 & 2 contained in petitions filed 6/22/07 and 12/12/07. Court accepts the admissions and finds deft in violation of his supervised release that began 12/19/06. Deft counsel statement; PO Barbaro statement; deft statement; the court will revoke S/R that began 12/19/06 and sentence deft to a period of time as time served from 8/27/07 and order a reimposed period of S/R of five years less time served, on all undischarged conditions of supervision; if criminal thinking class outside halfway house setting exists, deft should be enrolled in such a class. No additional conditions imposed in original sentence. Will not remove NA/AA condition; if PO wants to modify, he can request. Deft's right of appeal explained and deft indicated an understanding of it.

COURT REPORTER: Cathy Schutte-Stant - Britton & Assoc   CONVENE: __10:37/10:57__

DEPUTY CLERK:   __Kelly Kopf/Jeff Davis__             RECESS: __10:51/11:26__