## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

| | | | |
|---|---|---|---|
| Name: | John Mangotti | Docket #: | 1:02CR00100-01 |
| | | Judge: | The Honorable Walter Herbert Rice |

You have been ordered by the United States District Court to pay a special assessment of $300, and restitution of $48,922.94, as a condition of your supervised release.

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $20 per month, commencing September 5, 2008. This is based on the following, Mangotti is currently unemployed and job seeking.

_[signature]_                  _July 30, 2008_

U. S. Probation Officer                 Date

**Order of the Court:** The Court orders minimum monthly payments of $20 to commence on 9-5-08 and to continue until the debt is satisfied or the Court alters the payment schedule.

_[signature]_                 _8-8-08_

Signature of Judicial Officer              Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
324 Potter Stewart U. S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Note: Your restitution bears interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____      _____
Defendant                                                 Date

_____      _____
U.S. Probation Officer                                 Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU